Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

*Northern* District of *California*

*San Jose* Division

**FILED**

MAY 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

*Audrey L. Kimmer*
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*Gavin Newsom, et al.*
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes   ☐No

**25  04159 EJD VKD**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Audrey L. Kimner_
Address _P. O. Box 1493_
 _Carmel          CA.          93921_
                City              State              Zip Code
County _Monterey_
Telephone Number _843-754-1543_
E-Mail Address _audreykimner10@gmail.com_

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name _Gavin Newsom_
Job or Title (if known) _Governor of CA._
Address _1303 10th Street, Suite 1173_
 _Sacramento          CA.          95814_
                City              State              Zip Code
County _Sacramento_
Telephone Number _916-445-2841_
E-Mail Address (if known)

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name _Rob Bonta_
Job or Title (if known) _AG of CA._
Address _1300 "I" Street_
 _Sacramento          CA          95814-2919_
                City              State              Zip Code
County _Sacramento_
Telephone Number _916-445-9555_
E-Mail Address (if known)

[✓] Individual capacity   [✓] Official capacity

Defendant No. 3
Name                     *Jimmy Panetta*
Job or Title (if known)  *U.S. Representative of CA.*
Address                  *1200 Aguajito Rd. Suite 003*
                         *Monterey          CA        93940*
                              City          State      Zip Code
County                   *Monterey*
Telephone Number         *831-424-2229*
E-Mail Address (if known)  —

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4
Name                     *Gregory Dresser*
Job or Title (if known)  *Director Commission on Judicial Performance*
Address                  *455 Golden Gate Ave. suite 14400*
                         *San Francisco   CA.   94102*
                              City          State   Zip Code
County                   *San Francisco*
Telephone Number         *415-557-1200*
E-Mail Address (if known)  —

[✓] Individual capacity   [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*See Typed attached and proof.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? *See Typed attached and proof*

**Defendant's in case, Audrey L. Kimner v Gavin Newsom, et al. attached from page 1.**

1) Gavin Newsom
   Governor of California
   1303 10th Street, Suite 1173
   Sacramento, CA. 95814, 916-445-2841

2) Rob Bonta
   Attorney General of California
   1300 'I' Street
   Sacramento, CA. 95814-2919, 916-445-9555

3) Jimmy Panetta
   U.S. Representative of California
   1200 Aguajito, Rd.
   Monterey, CA 93940, 831-424-2229

4) Gregory Dresser
   Director, Commission on Judicial Performance
   455 Golden Gate, Ave, Suite 14400
   San Francisco, CA. 94102, 415-557-1200

## II. Basis for Jurisdiction

A. Both;
   Federal officials and State or local officials under Bivens action and Section 1983

B. The plaintiff has a right to file a claim under Section 1983 due to Federal and State
   employee's depriving the plaintiff of all rights, privileges, Civil Liberties, Court time,
   hearings, ADA Rights with assets pending and withheld against federal laws.
   Also,blocking the plaintiffs rights to Due Process, First Amemendment Rights, ADA
   Rights under Title II and III, concealment of Federal Wiretapping and other serious
   Federal crimes while ignoring and intentionally removing and enforcing the CA Privacy
   Act after the plaintiff claimed this was 'guaranteed' by AG, Rob Bonta in public, but is
   now removed with public remands of the CA Privacy Act. All laws, new legislation, new
   case law, and Torts were intentionally ignored. The Governor, Congressman and
   Attorney General with all offices with clerks and Federal and State judges have willfully
   blocked the plaintiffs access to our public courts for fundamental remedy. There has
   been tampering, mail fraud, discrimination and lawsuits filed for immigrants while willfully
   ignoring over seven years of proven crimes in Northern California while championing for
   immigrants, but not for the plaintiff. The AG, his employees, the judciary proformance
   boards have colluded together to obstruct justice, refused to sign defaults, or show up in
   court while blocking the plaintiffs First Amendment Rights. The Federal Judges have told
   untruths in legal documents and orders that conflict while willfully giving the plaintiffs
   homes away to bar members, judges and real estate professionals with all possessions
   inside. The Governor and Congressman have ignored the plantiffs years of privacy and
   viewed the proof, including creating DEI Real Estate programs and Statutes that all
   federal and state employees willfully ignored, and with threats to the plaintiff as a federal
   litigant and witness. The Congressman, Panetta requested the plaintiff to sign a privacy
   form for him to view all of the crimes across state lines in the state against the plaintiff
   unlawfully and by force, and the Congressman failed to act, refused to acknowledge
   phone calls, emails and mail from the plaintiff, as the AG, Rob Bonta did the same while
   digging through the case, telling untruths about the plaintiff not serving a summons twice,
   and removing the evidence of case law to prove the plaintiffs cases. The list of invasion
   of privacy and willful acts to block the plaintiff from any normal life and privilege over
   seven years is still ongoing, as all collude together to commit extrinsic fraud and take the
   plaintiffs damages for immigration, and block the plaintiff from working, moving around
   and traveling. This also includes ignoring the plaintiffs health and dental work that has
   now forced the plaintiff to have multiple surgeries, refusing to cover the damages and
   refusing to pay the damages owed with interfering with a warranted personal injury Tort.
   There has been no action for the plaintiff, as all defendants abuse our courts and the
   plaintiffs court time for political purposes and theft of the plaintiffs damages to fund
   immigration with multi millions of dollars with full invasion of the plaintiffs privacy. The
   Congressman wife has been able to act under the color of law while admitting to calling
   the AG recently after Rob Bonta has not shown and failed to file a dismissal or appear in

1

court, as he sued Trump over 257 times with Corporations who may be involved in this case. The defendants have colluded together, sent the plaintiff privileged information to each other and worked ex parte and under color of law. The Judicial Proformance director has failed to act, reviewed the privileged information over three years with a Tort and has failed to act or remove the defendants wife from this case who has intentionally refused to remove herself knowing there are conflict of interest and Carrie Panetta has been refusing to act, colluding with all and she knows being a family member to the Defendant, Jimmy Panetta, is against Canons of Ethics for a judge. She has not made a ruling and is refusing to act and refusing to sign defaults while instructing all state employees to break the law and not sign the plaintiffs default. The plantiff has fundamental rights, rights to privacy and privileges under the United States Constitutional, ADA Rights and 14th Amendment Rights to Due Process and Proper Procedural Due Process that has been prevented from occuring with omittance of evidence in CA Federal and State Courts while federal and state employees work under the color of law and cross jurisdiction with unenforcable mandates while violating the plaintiffs ADA Rights that do not allow a clerk to work in the place of a judge or create unlawful mandates that clerks were sending to Washington, D.C. ex parte and across the entire United States for CA Federal judges. All defendants and their employees have violated First, Fourteenth, Allowed Fourth Amendments by others to invade plaintiff privacy, Eighth Amendment for their intentional cruelty with punishing the plaintiff for speaking up and retalating against the plaintiff and denied the plaintiff of Due Process of law and Equal protections under the laws.The pattern is egregious and outragous!

C.    The plaintiff has a right to sue under the Bivens Action for damages due to federal officers who worked under the color of law and violated the plaintiff's Consitutional rights with possessions outstanding, and intentionally retaliating against the plaintiffs with threats, slander and trying to ruin the plaintiff's reputation and the ablitiy to work or take state test while using fraudulent orders with the wrong case numbers. All refusing to correct their errors of law, or return the plaintiffs stolen assets. The federal employees and state employees were using threats in intimidation against the plaintiff and forcing the plaintiff into duress to aid and abette the plaintiffs defendants in other states. Also, using fraud on its face forms and DEI tactics to discriminate against the plaintiff to block testing for the CA real estate program while giving the plaintiffs home titles away ex parte by force. This includes the plaintiffs car, possessions, investments and retirement accounts while forcing the plaintiff to live without normal privileges under the Constitution, laws, ADA Rights and victims rights laws that prove all stolen assets must be returned by law. All laws have been intentionally ignored while allowing others to also forcefully extort the plaintiff. All defendants and others involved have blocked to plaintiff from exercising the plaintiffs rights, our laws and liberties while intentionally violating their oath of office.

D.    The defendant Jimmy Panetta knew about the federal and state laws violated in his state and he failed to act. He failed to act while knowing that Lucy H. Koh and other

2

Federal judges, including others in the State of California and other states were violating the plaintiff rights, laws, privacy and profiting off of the plaintiffs own homes and assets. He refused to contact the states who are in other jurisdictions to correct their errors of law, fraud court order and federal wiretapping in the County and State while ignoring crucial evidence to protect the plaintiff and two children in 2019 to date. His state employees failed to act and refused to respond after viewing the privileged information that the plaintiff provided prior to any lawsuit filed in the proper jurisdiction of Northern California. The county, police and federal judges refused to act on police reports, FBI IC3 reports and refused to act. Now he had his wife continue to cover for him, Rob Bonta and all of the Federal and State employees while ignoring the gross negligence, medical negligence and Tort that was filed that all want to conceal while working under the color of law. All involved have been working under the color of law. Had this defendant done his job, the plaintiff would have not endured all of these losses and further harm and financial abuse. He failed to protect and continues to offer any remedy while his wife is privy to ongoing privileged information that has been ongoing to date.

The second defendant, Rob Bonta has failed to act, and had his employees try to cover for him, evade service and tamper with the case while refusing to file a dismissal. He has worked under the color of law and believes the laws don't apply to him, and he abuses our courts for political and personal gain and clout, including ignoring the plaintiffs rights while working only for immigrants and his own agenda. To abuse our court time while intentionally refusing to offer Due Process for the plaintiff, but has filed lawsuits to ensure illegals and immigrants in the state have their Due Process. This includes extracting monies from the plaintiffs pro se cases, which is unlawful, outrageous and under the color of law. He refuses to acknowledge our laws for the plaintiff, the CA Privacy Act and removed the CA Privacy Act from his website after knowing the plaintiff was invaded for years while remands in South Carolina where thirty four cases were remanded for violating the CA Privacy Act. This is clear discrimination, as he has his employees refuse to follow the law while they send privileged information over to the judicial performance board instead of taking care of the plaintiffs proven and Tort case in default. The State and Federal employees refuse to honor their own CA Fraud Statutes of Real Estate and he refuse to correct errors of laws so that the plaintiff can move forward and live a normal life. Online Rob continues to boast about suing Trump while abusing our court time for immigrants and illegals, but not the plaintiff. He has no regard for the plaintiff, or what is going on in his state while he abuses his position to have slave labor in California instead of honoring his oath of office to uphold our laws and Costitution. He worked under the color law by removing the plaintiffs case law against the State and Web Watchers to conceal what Lucy H. Koh and himself tried to get away with under the color of law. The plaintiff case ended up in the D.C. Library of Congress after the plaintiff requested to have all cases elevated to D.C. for fundamental remedy, and per the plaintiff's Constitutional Rights and ADA Rights. Now the plaintiff has recently found out that the case was used in D.C. after the case was obstructed due to Lucy H. Koh instructed the D.C. clerks to accept Unlawful and Unenforcable Mandates under the color of law in the Supreme Court of the United States after default time frames. This continues to be a group Conspiracy to commit crimes and extract monies from the plaintiff and fund immigration by Lucy H.Koh, her

husband who runs immigration and these defendants with their wives and employees. This inclused the mail fraud in and outside of the building, as the USP has sent a proof of service after twelve days of passing the cases around to usurp the Attorney General's office. His employees after the phone call from the judge sent four proof of service with all documents stating falsely that there were no summons attached. The plaintiff has now proven mail service by a third party, along with proof of service of summons forms that were filled out properly and served. The AG, Rob Bonta sent the documents back prior with no intent to show up in court or file a dismissal, which is now in clear default for the Ninth time with a pending CMC hearing. Three years of failure to act, and acting under the color of law while posing to the public as though the case is closed and not ongoing.

The third Defendant, Director of CJP, Gregory Dresser, has ignored the bold proof and refusal to have Judge Panetta remove herself due to conflicts and her husband is a family member who knows everything about the case, and is continued to be updated on what is going on unlawfully. His employees have laughed on the phone, hung up on the plaintiff and ignored proof and witness statements in writing. He has not been available and has not responded by mail while the plaintiff has sent him full documents of proof and recusals of the judge. All failing to act, follow ethics and our laws while under oath. After so many calls, he is clearly not interested in working and taking care of his position, or having his employees and lawyers in his office follow ethics while all refuse to work to remedy this mess. He has ignored the judge calling the plaintiff names and family members names and acting hostile in court for no reason. All of the above and in the statement of claim prove the third defendant has joined in on what has taken place and after three years has not been remedied, as all work under the color of law and refuse to follow ethics, our laws, or their oaths of office. If the director, defendant, Gregory Dresser had responded and looked into this enormous injustice, he would have known immediately that all were working under the color of law and not following our laws while violating the plaintiff of all rights with assets pending, Due Process, First, Fourteenth and with serious federal and state laws violated. All forcing the plaintiff to be discriminated against with Unconstitutional Demurres against ADA Rights and proven bias, racism and gender bias.

The Governor and his office knew all about these cases, evaded service, and threatened the plaintiff to be placed on a list in the state. The sheriff department refusing to serve Gavin Newsome the case was proof that this threat was serious. The Governor's office has refused to take, return phone calls or mail over the years, and ongoing. Gavin Newsome is also suing Trump and abusing our courts for immigrants and monies due to gross negligence and funding immigration and health care, which is horrific health care that the plaintiff is not being forced to give up to immigrants for six months in order to move on with taking the Real Estate test. Outrageous! _____

### III. Statement of Claim

**The plaintiff has been civily wronged, and the plaintiff has the right to file in the proper jurisidiction of Northern California Courts. The defendants have violated the**

4

**plaintiffs right to sue, the right to have court time, or to have fundamental remedy and redress while willfully forcing the plaintiff to suffer economically, personally and professionally. The defendants had no regard for the plaintiff safety and privacy, the plaintiffs childrens privacy and our wellbeing whatsoever. The defendants have focused on immigrants and using the plaintiffs' invasion of privacy cases to fund immigration and the state through the judiciary while refusing to allow the plaintiff to have what already belongs to the plaintiff. Also, refusing the plaintiff from having the punitive damages owed by Corporations, Bar members, other states, privacy rights, liberties and refusing to allow the plaintiff to have equal protections under the law and Constitution. The defendants have used the plaintiff as an employee of the State and Slave while robbing the plaintiff financially, forcefully and under cruel conditions. The plaintiff is not a lender or bank for unethical members of the bar, unethical judges and CA real estate CEO's, along with many others who have willfully stolen from the plaintiff. This includes coercive control of the plaintiff and plaintiff's assets, homes and possessions while refusing to place awarded assets in the plaintiff names per final court orders, irrevocable binding arbitration and formal agreements that were unlawfully overturned, ingored, stolen and profited off of. CA federal and state employees chose to aid and abette these defendants and willfully refusing to protect the plaintiff, her privacy and children. This layering of fraud is unacceptable, which is a Tort, but the defendants refuse to act, along with their state and federal employees since 2019 to date while causing the plaintiff further harm and losses under judicial capacity time frames the entire time, and refusing to hold hearings and trying to force the plaintiff not to excercise First Amendment rights so that all employees could abuse the plaintiff and force the plaintiff under duress to be cruel, activate racism, bias, gender and origin hate. The plaintiff has been under a layer of fraud and hate crimes by public officials and the plaintiff is now allowed punitive damages. The defedants have filed suit for immigrants to have their 14th Amendment rights upheld while blocking the plaintiff from all 14th Amendment rights in the State of California, and for other States to cross state lines to abuse and exploit the plaintiff, including identity theft, fraud for profit schemes and invasion of privacy, which is globally.**

The claims occurred and continue in the State of California and in the County of Monterey where the plaintiff filed under Federal Question and Diversity due to the plaintiff having many defendants in other states. The gross negligence and ongoing violations of the plaintiff's rights, Liberties and Constitutional Rights with ADA Rights ignored is in the State of California and under the County of Monterey. The defendants work in the State and in the County of Monterey and Sacramento.

All claims started in May of 2018, which caused the plaintiff to be stranded in the area while the plaintiff was exploited by numerous members of the bar and defendants in other states who willfully and forcefully involved the plaintiff in this mess while taking full advantage of a vulnerable adult under federal codes. The losses are so enormous and

egregious that no amount of monies could cover all of the losses, especially time away from family, children and business. This includes the uploading of the plaintiffs hard drives on a server in Calfornia from CT that the Harvard Judge, Lucy H. Koh states falsely that there is no connection to California, as she ignored the new case law that the plaintiff told the judge about. The judge willfully ignored the Constitutional rights of the plaintiff and placed this and ignored child endangerment in her own order. The incapacity and retaliation by the judge, along with unwarranted slander is the judges personal and political issues, not the plaintiffs. She and others have cross jurisdiction in the state to the Ninth Circuit, and all the way to Washington, D.C. while no longer holding subject matter jurisdiction in the Audrey L. Kimner cases.

The facts in the underlying claims are as follows:

1. The plaintiff has not been allowed a hearing since 2019, although cases were accepted, docketed, prepared by the plaintiff for case management hearings, and all cases were canceled without notice in the federal court with possessions outstanding.

2. The plaintiff has been blocked access to our public courts, and the Ninth Circuit was also sanctioned for blocking access to the public courts for bar members in the state, so the plaintiff is not creating a frivolous case or fact.

3. The plaintiff has been discriminated against, but told in the Real Estate Education testing that the plainitiff is not allowed to discriminate against illegals for taking the test. The plaintiff has been told no for taking the test, and due to a fraud court order for child support under a fraud child support order from another state with the wrong case number. The online course employee is also telling the plaintiff that she was given the wrong test after the plaintiff had passed all eighteen tests within five minutes each, but the test was more like the broker test and way out of line. The plaintiff believes this is intentional and unacceptable.

4. The plaintiff has not been allowed any court time or hearings, as all judges now have self admitted that 'CA does indeed have jurisdiction over the plaintiffs cases, but plaintiff as pro se is denied'. The same federal and state judges have refused to correct their errors of law, and all work under the color of law with colluding and to ignore the CA Statutes of Real Estate and the plaintiff Constitutional rights.

5. The plaintiff's cases are shown as closed and concealed to the public, but the federal and state judges with employees work on the cases and hold the tenth case management meetings as the Attorney General refuses to show, or defend his client, the state, who is now liable for the damages owed to the plaintiff. His employees and judges

cover up for him, tamper with the evidence and mark out who was served, which is tampering with the plaintiff case and proven mail fraud. This mail fraud includes in and out of the state buildings with UPS and others. See attached proof.

6. The plaintiff filed suit, showed self admittance in letters and forensics, but the judges took the bold proof and stole the case, aided and abetted the defendants, but then turned around and used the cases under only criminal cases to intentionally cut the plaintiff out of all damages owed to the plaintiff. This is a pattern of practice and theft, as the Congressman over the Federal judges refuses to reply or act on this egregious theft and working under the color of law.

7. The Governor's office refused to act, threatened the plaintiff prior to filing suit, and even stole the case in the mail with the Sacramento civil department, including UPS with the plaintiffs monies inside. The case sat for three weeks with all refusing to serve, moving the cases around to an hour away and the tampering is ongoing. This is as the Attorney General and Governor sue the Trump administration for immigrants and their horrific medical insurance while forcing the plaintiff to use this bankrupted system, and a diabolical dentist in the county who almost broke the plaintiff's jaw. Now the plaintiff has to have two or more surgeries due to the medical gross negligence that could have been prevented, but the federal judges failed to act. The federal judges stated in orders, ' she is going for the defendants and the plaintiff is malicous', but the judge and plaintiff have never met. This is clear disdain and racism by Lucy H. Koh. Her case was also unlawfully closed by the other Federal Judge under oath to conceal a Section 1983 case that was warranted and proven with ongoing medical proof and grosss negligence. Now the plaintiff could have died with the ongoing infections and horrific abuse while the judges slander and retaliate against the plaintiff, including retracting verified fee waviors and stealing the plaintiff's borrowed court fees.

8. The plaintiffs fees were stolen, found and still refused to return them, as the federal judges now state the plaintiffs cases can not be heard due to lack of funds, but the funds are owed back to the plaintiff now for failure to act or review the cases in the Ninth Circuit, and as the same judge was opening up her own Asian American Bar Association, and using a .org with other Asians in California to raise money as a public official, which is unlawful and unethical with tax evasion. The same in the County by the Ukrainian lawyer who lied in legal documents while the lawyer may have not had a bar license or was using a fraud Social Security number. The County refuses now to correct her errors and fraud-felony attempts to retaliate against the plaintiff for the plaintiff filing suit and blocking damages owed, which the lawyer admitted the plaintiff has a Tort Case. She refused to serve the State of California and created a fraud and unethical demurre agaisnt the plaintiffs ADA, Civil liberties and Constitutional rights.

9. The state employees have thrown the plaintiffs privileged and proven service documents in the trash behind the glass and threatened the plaintiff that she would not place the

second summons on the record and written documents are 'defective so the judge will not read them'. Now the judge states the file stamps are still not on the docket, and is intentionally using skype and clerks to work under the color of law, and pose as the case is closed for over three years with failure to act. The judge who is the spouse of the defendants, Jimmy Panetta, has refused to recuse twice under the CCP codes that the plaintiff followed. The judicial performance and his employees refused to act and knowing this has been transpiring for three full years in the state level after the federal level concealed all. This is now proven Racketeering involving the AG and many other federal and state employees.

10. The defendants have witnessed the plaintiff being slandered, discrimiated against and read witnesses testimony in writing, but the Judicial Performance Director refused to act, call the plaintiff, and he has not been in the office for over three years per his employees words.

11. The forms for the Federal and State courts are fraud on its face, too small to write what needs to be litigated and not ommitted, which is intentional. The plaintiff was forced by the judge to type the entire form and answer out after the plaintiff already won, and the judge placed this on the record on skype, but now lied about it and states it never happened. The plaintiff had witnesses on the phone and the written testimony was sent to the judicial performance three times, as all state employees and defendants intentionally ignored with failure to act, or correct all errors of law.

12. The plaintiff has been taunted, slandered and given a heads up about working pro se, and told ' that's what I get for not hiring a lawyer', and ' the cases will sit for a year and then be discarded per their local rules', which is intentional. **This intent proves the plaintiff is being discriminated against, but the pattern proves the theft of the plaintiff cases that are all in default, as the same clerks refuse to sign defaults. The federal judges call the documented and properly served cases 'frivolous' after the defendants fail to show or sign a summons, but two days later the invasion of privacy case is in the national news about China hacking into our phones by A.T. & T., so the plaintiffs' cases are not frivolous. The damages meant for the plaintiff due to suffering went to fund immigration and by Rob Bonta who boasted about this on social media. This is outragous, unethical and concerning for public safety that has been intentionally ignored by AG, Rob Bonta. His entire staff and mail room is in on this as a collective with certain mail employees who have blocked the plaintifs cases and emails after viewing the proof. The U.S. mail reps had to send the plaintiff the proof of service, but even though it's filed stamped by the clerks, all pose as though there is no service to date, and the clerks and judge act as counsel to the plaintiff, which is unlawful. The County is highly involved, but the judge is protecting the county without a hearing. She has removed the County by telling the plaintiff that she hasn't read the case, nor will she ever read the case. Witnesses have placed the truth in writing, which these defendants have**

8

**concealed for all involved who are willfully blocking the plaintiff's rights, ADA rights and fundamental remedy to date.**

13. Congressman and all Representatives ignored the Federal Judges, State Judge, DOJ, and mail employees' bad behavior.

14. Clerk intercepted mail, concealed service and ignored letters from the DC DOJ under Trump with illogical letters from the head Ninth Cir. clerks stating that 'Trump has nothing to do with what we are doing here in California' when his DOJ was trying to remedy justice for the plaintiff years ago.

15. The clerks were running racist orgs for themselves, threatening the plaintiff, tampering with the plaintiff's mail and concealing cases in the 9th Cir. and in San Jose back and forth. HR refused to return the plaintiff's stolen paid in full court fees to date, and now refuses to respond to emails. The courts were giving immigrants the plaintiff's fees, damages and court time with free counsel and damages for turning 18 while allowing the D.C. DOJ to file frivolous lawsuits on the city and county from D.C. to extract taxpayers monies. The Federal judges were lying about the plaintiff paying fees and untruths in orders that all conflict and continue to conflict with no remedy.

16. The defendants are keeping the plaintiffs checks in Iolta legal accounts while all are removing defendants, returning the defendants to the case and then closing the case with no remedy in a self admitted fraud on its face closing case under CA jurisdiction on one of the plaintiffs homes. This home was not involved in any divorce, but the judges refused to fix their errors stating the home was a divorce matter under Rooker Feldman. This is so that the civil wrong would be turned into a criminal case for the Federal judge to take over the plaintiffs cases, and refuse remedy and damages owed to fund immigration with Lucy H. Koh and her husband. This includes the pro se lawyer in San Jose who was working ex parte with the defendants in other states and aiding and abetting their self admitted fraud and obstruction of justice under the color of law. The defendants still refuse to pay the plaintiff for the stolen and unlawfully foreclosed property in Texas while using federal wiretapping with digisign and running after a Texas mediation and never paying the defaults in CA and in DC. All pending now with forgery and hacking through a U.K. based company ignored. Now only used in CA, DC and IL where the plaintiffs defendants and cover ups occurred from CA, SC and TX to date. All covering up slanderous statements and untruths by SC and Texas lawyers and numerous Federal judges.

17. The hostile clerks in the Ninth Cir. wiped the plaintiff's g-mail account of all 9,000 plus email after she was caught in a lie and threatening to do so. The judge Koh self admitting to China and others stalking the plaintiff's involved with her cases.

18. Many stating falsely in CA that the plaintiff failed to state a claim, and in Texas, but the

9

documents prove this is untrue, and the CA docs ask you not to use legal language. This case law was intentionally ignored and proves the orders are false, as failure to state a claim is not a reason to dismiss a case. Also, the judges were confused about what the judges said and which one did what. The judges refused to recuse, back off as magistrate judges after lying in legal documents and proper service to the defendants who stated they would take care of their fraud and the case with the plaintiff. This was intentional and a global issue of fraud and placing false information on the plaintiff's clear credit report, and identity theft. This was to aid and abette the defendant Corporations, which falls under Racketeering and fraud with identity theft and unlawful profiting with the plaintiff's possessions, assets and homes.

19. The judge's state in legal documents that all have immunity when this is not the case in the plaintiff's cases, and new case law has removed protection of the 11th Amendment for judges as of 2021, 9-0 U.S. Supreme Court Justice's.

20. There is new legislation in CA, New Case law, and against the same software company that invaded the plaintiff's privacy and the CA Privacy Act, which was all intentionally ignored. The case was turned into a federal criminal case alone, as judge Lucy H. Koh tried to work as the plaintiff's lawyer and instruct the pro se to re-file and remove parts of the case and defendants out while she ignored all health and serious matters under civil liberties and all protections and warranted restraints for the plaintiff that were ignored intentionally without remedy. The plaintiff is an assault victim and all rights were blocked for the plaintiff, as well as all pending and stolen assets that by law must be returned, especially under financial and emotional abuse by all defendants involved. The invasion of privacy allowed punitive damages owed to the plaintiff, but the judge wanted the case for her own personal clout and to fund immigration run by her husband. The plaintiff recently figured this out on her own with the pattern of theft of the plaintiffs assets and privileged documents with forensic reports that Koh tried to intentionally keep off of the record in CA to prove the plaintiff was not lying, the case was not frivolous, and nor was the plaintiff malicious, Lucy H. Koh was the malicious one who knew exactly what she was doing, along with the defendants in this case, including their spouses in CA.

10

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*See attached Typed and proof attached.*

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

*Clear Statement of Claim and Civil Wrong. Northern CA, CA and see attached.*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

*See attached Typed and proof.*

*2019 to date, ongoing and new evidence. New laws, case law and new Legislation plus Remands.*

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

*See Typed attached information and proof Attached.*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. There is no amount of money to replace all of losses due to all four defendants gross negligence, along with state and federal employes refusal to act. This failure to offer proper procedural Due Process and Due process with possessions out standing has destroyed plaintiffs personal and business life. Loss of safety, childrens graduations and all contact. The plaintiff lost two teeth after living with infections, and now surgeries to fix teeth, jaw and bite issues. Forced plaintiff to suffer abdominal pain and waiting six years for surgery that now has to be redone due to not allowing plaintiffs doctor of choice. Losses of all business contacts, loss of business, and all possessions with Civil liberties. Loss of reputation on bold untruths and slander. Loss of time and children in danger.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. (Remove ALL orders off of pacer.)

(Sign default)

The plaintiff is a natural U.S. citizen, survivor of assault and kidnapped children after domestic assault. By law, all stolen during this financial abuse must be returned. The plaintiff wants all awarded assets, 4 homes with proceeds, Mercedes, passport, investments, royalties, and all rights and rights to privacy, hearings and damages owed from each properly filed cases that were stolen returned. The plaintiff is out Billions of dollars in business and trade. The remands should be awarded to the plaintiff. The plaintiff requests $100,000,000. in civil wrong damages with return of stolen homes with titles. The plaintiff wants Due process and return of all stolen fees in CA and DC courts and clerks to stop tampering and posing as the plaintiff's lawyer. No more threats and retaliation. Return passport and remove all slander and false arrest off of social media.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Plaintiff has not filed one frivolous lawsuit, nor has had a hearing, proper due process, ruling which the PTO + 9th Cir. now agree. Defendants owed now.*

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff wants one new District Court judge who does not know about the plaintiffs cases, and or sent to D.C. Supreme Court or another State for a fair trial.*

Date of signing: *April 29, 2025*

Signature of Plaintiff    *Audrey L. Kimner*

Printed Name of Plaintiff   *Audrey L. Kimner (plaintiff, pro se)*

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|
|  |  |  |  |

Telephone Number

E-mail Address

**EXHIBIT**

1

(a, b, c)
(d, e, f, g, h)

9 pgs
total
for #1

gross negligence
and malice.

Refused to
correct error
of law.
Unconstitutional.

all in Default

1a

The maker of so-called spyware program WebWatcher can be sued for violating state and federal wiretap laws, a U.S. appeals court has ruled, in a case that may have broader implications for online monitoring software and software as a service.

The U.S. Court of Appeals for the Sixth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUDREY L. KIMNER,<br><br>Plaintiff,<br><br>v.<br><br>WEB WATCHERS, et al.,<br><br>Defendants. | Case No. 19-CV-06973-LHK<br><br>**JUDGMENT** |

The Court dismissed Plaintiff's Complaint without leave to amend. ECF No. 19. The Clerk shall enter judgment in favor of Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 6, 2020

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

1

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AUDREY L. KIMNER,

    Plaintiff,

    v.

WEB WATCHERS, et al.,

    Defendants.

Case No. 19-CV-06973-LHK

**ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS**

Re: Dkt. No. 27

    Before the Court is the Ninth Circuit's referral to this Court for a determination of whether to revoke Plaintiff's in forma pauperis status because Plaintiff's appeal is frivolous or taken in bad faith. 9th Cir. Case No. 20-15343, ECF No. 2. Having considered the relevant law and the record in this case, the Court CERTIFIES that Plaintiff's appeal is frivolous and REVOKES Plaintiff's in forma pauperis status.

I.    **BACKGROUND**

    On October 24, 2019, Plaintiff filed a complaint (the "Initial Complaint") and a motion for leave to proceed in forma pauperis status. ECF No. 1. On November 12, 2019, United States Magistrate Judge Nathanael Cousins granted the motion. ECF No. 6. However, Judge Cousins also screened the Initial Complaint under 28 U.S.C. § 1915 and determined that the Initial

1



# Kimner v. Web Watchers et al

## California Northern District Court

| | |
|---|---|
| **Judge:** | Lucy H Koh |
| **Case #:** | 5:19-cv-06973 |
| **Nature of Suit** | 470 Other Statutes - Racketeer Influenced and Corrupt Organizations |
| **Cause** | 28:1331 Fed. Question |
| **Case Filed:** | Oct 24, 2019 |

Docket        Parties (14)

**Docket last updated: 12/17/2019 11:59 PM PST**

## Monday, December 16, 2019

**16**    cmp   Amended Complaint   Tue 12/17 2:18 PM

AMENDED COMPLAIN⊤ ⁱ∩st All Defendants.
Filed byAudrey L. K⁺              COURT STAFF)

U.S. Federal District Court
% Clerk
280 S. 1st Street, 2nd Floor
San Jose, CA 95113

**ORIGINAL FILED**

OCT 01 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

RE: Audrey L. Kimner,
      Plaintiff,

v.                                                      Case No. 24-cv- 0463- PCP

    A.T.& T. Corporation,
      Defendant.

_____

On 8/20/2024 at 12:54 pm, William Miller, intake specialist @ 1999 Bryan St. Ste 900, Dallas, TX 75201 accepted service by plaintiffs third party hired process server for the defendant. Today is September 27, 2024, and the plaintiff reached out to A.T. & T. legal department with no avail on September 26, 2024 in an attempts to communicate about this case and upcoming case management hearing.

The case is now in default, so the plaintiff filed a default in San Jose Federal Court, and followed all rules of the court, including all proper deadlines by the judges request. The proof of service was mailed to the San Jose Court clerk previously for all pending cases, along with a copy of the receipts of proper service.

The plaintiff sent a self addressed envelope by USPS Priority Mail to the San Jose Federal Court at the address above. The plaintiff included three defaults for all pending cases, and there was no response by all defendants with a failure to defend their clients, or any filed dismissal, so the plaintiff filed a Judgement request and a Default Judgment to be entered by the clerk and signed by the judge PCP.

The plaintiff is enclosing the proof of mailing all three cases with separate envelopes inside under Tracking Number 9405511899561848615692 with the Wt: 0.38 with a self addressed envelope for a file stamp of all three to be returned to the plaintiff at P.O. Box 1491, Carmel, CA. 939321. The plaintiff is enclosing a copy of the receipt on 09/27/2024 for proof. The plaintiff looks forward to moving forward while this is holding the plaintiff from working, traveling and being wiretapped and stalked via phone and computer, which is self admitted and with forensics ongoing. Plaintiff will send a copy to the defendant's counsel at the same address of service.

Respectfully,                                    Audrey L. Kimner, Plaintiff pro se

*Audrey L. Kimner, plaintiff, pro se*

P.O. Box 1493, Carmel, CA. 93921,
843-754-1543
audreykimner10@gmail.com      **1 of 1pg**

1&

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT IN SAN JOSE, CA

US District Court, Attn: Clerk

280 S. 1 St, San Jose, CA 95113, 408-535-5363

AUDREY L. KIMNER,

       Plaintiff,              Case No. 24  -cv -0463- PCP

v.

A.T. & T. Corporation,        RE: CASE IN DEFAULT PRIOR TO ORDER, AND

       Defendant.       AFTER SERVICE. NOT FRIVOLOUS, NOW PUBLIC.

---

This case was not frivolous, and the plaintiff had previously served the defendant, and filed defaults with this court and Judge Pitts. His ruling is in ERROR OF LAW, and the order should be VACATED.

The case has national exposure and the judge knows that he served others **EX PARTE prior and set up a schedule and case management hearing. This case can't be dismissed after the defendant has been served and the case is in clear default. The plaintiff had already filed a Default Judgement, which was filed stamped with a hearing for case management hearing placed on the docket. The public knowledge is clear that the plaintiff's case was NOT FRIVOLOUS, and the plaintiff has ongoing invasion of privacy while the plaintiff has forensic reports with all names and more names attached. Also, threats over the weekend with the phone, which proves the plaintiff has a serious case. See the attached proof, and attached publications stating the defendants is guilty, and this is public knowledge. The plaintiff wants a copy of who this judge SERVED the plaintiffs PRIVILEGE CASE DOCUMENTS and FILES with EX PARTE, which the Judge self-admitted.**

This is an ongoing pattern of practice in this court with failure to act, which falls under FTCA Tort laws and losses due to failure to act by Federal Judges in this court due to biased viewed, gender biased and using the privileged information for others and the State through Judges. Also, taking the cases and using the monies collected for ILLEGALS and through the AO and AG, which is also public knowledge and from this court in San Jose and the DOJ in Washington.

The plaintiff did not give any person, judge or corporation to use personal DATA, personal information or emails to pass around to those EX-PARTE, or to profit off of, especially on servers in CA by Web Watchers, Awareness Technologies and SAS. The plaintiff has been FEDERAL EXPLOITED, and all assets and homes, car, passport, etc. stolen and withheld by those using the District Courts for a bad purpose. The plaintiff has been slandered and has been set up with retaliation to silence and discredit the truth. The plaintiff does not have a criminal record, and the Judges in South Carolina

1

should be held personal liable for slander, including others who are using the plaintiff equity for fake liens and loan under the color of law without the plaintiff permission. This simply has to stop.

The plaintiff request full damages owed by A.T. & T. with failure to show and respond to a very serious invasion of the plaintiff's privacy. The case is not frivolous. SEE ATTACHED PROOF. The plaintiff reached out the judge and law enforcement who blew the plaintiff off while this is serious bodily threats and harassment with serious invasion of privacy. All is well documented, and there is much more, but the Judges in San Jose refuse all hearings to date and work under color of law.

Please correct all errors of law, and fraud upon all courts to date concerning the plaintiff. Today's Date is Oct, 10, 2024. See the date to prove the default time frame and locations served in Dallas by a registered process server. The plaintiff will copy all by mail or email with this motion to all concerned.

Respectfully,                          Audrey L. Kimner, plaintiff, pro se

P.O. Box 1493 Carmel, CA. 843-754-1543,

Audreykimner10@gmail.com

2



This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/tech/cybersecurity/u-s-wiretap-systems-targeted-in-china-linked-hack-327fc63b

EXCLUSIVE | CYBERSECURITY

# U.S. Wiretap Systems Targeted in China-Linked Hack

AT&T and Verizon are among the broadband providers that were breached

By Sarah Krouse (Follow), Dustin Volz (Follow), Aruna Viswanatha (Follow) and Robert McMillan (Follow)

*Updated Oct. 5, 2024 12:12 am ET*



China's multipronged spying operations have drawn warnings in the U.S. about their economic implications. PHOTO: ANDY WONG/ASSOCIATED PRESS

A cyberattack tied to the Chinese government penetrated the networks of a swath of U.S. broadband providers, potentially accessing information from systems the federal government uses for court-authorized network wiretapping requests.

For months or longer, the hackers might have held access to network infrastructure used to cooperate with lawful U.S. requests for communications data, according to people familiar with the matter, which amounts to a major

**ORIGINAL FILED** I H

**U.S. Federal District Court**
**℅ Clerk,**
**280 S. 1st Street, 2nd Floor**
**San Jose, CA 95113**

OCT 0 1 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

**RE: Audrey L. Kimner,**
            **Plaintiff,**

**v.**

        **Edward Davila, et. al.**
            **Defendants.**

**Case No. 24-cv-02750- HSG**

---

    This case is now in default after the File Stamped date on May 08, 2024 and proper service. The plaintiff received a letter from the Ninth Circuit Court by Clerk of Court, Molly, and who should not have the case filed whatsoever, as this case is not an appeal. The case was served and this court in San Jose, CA. has a copy of the receipt.

    There has been no dismissal filed, no response except for the clerk who clearly could see that the case was accepted and had a case number and assigned judge. The defendants in this case have failed to file a response, a dismissal, and apparently do not take this case seriously while depriving the plaintiff of all rights and ADA Rights to date. Their negligence in this case proves the only gross negligence. The case is in default, so the plaintiff has filed a default and judgment in San Jose, CA. Federal Court at the address above. The self addressed envelope for a file stamp is enclosed. The plaintiff sent a receipt to the San Jose Court with proof of service previously, and again today, for the default and Judgement Order to be signed by HSG.The tracking number is 9405511899561848615692, and the weight is 0.38 lbs. The date today and mailing is 09/27/2024 @ 1:13 pm. Please see enclosed proof, and the proof of service has been sent to the San Jose Court Clerk previously and placed on the record. The plaintiff will send a copy to all defendants.  Today's Date again is 09/29/2024

Respectfully,

Audrey L. Kimner, Plaintiff, pro se

*Audrey L. Kimner, plaintiff pro se*

P.O. Box 1493,
Carmel, CA. 939321
843-754-1543
audreykimner10@gmail.com

1 of 1

**EXHIBIT**

2  (a + b)

Forgery (Federal)

Irrevocable binding arb.
+ theft of Duke Energy
accounts by wire, bank
and fraud. Fraud + False
orders setting aside arb.
(a Federal matter)

WITNESS our hand and seal this _21_ day of ___May___, 2015.

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF:

Christina Willox
Witness #1

_____
Witness #2/Notary Public

Michael J. Kimner
Michael J. Kimner

Pamela Hankjim
Witness #1

As to Audrey L. Kimner:

Audrey L. Kimner by Annette Bianchi
Clerk of Court for Berkeley County, chief,
the Honorable Mary P. Brown, or her Deputy
designated agent, pursuant to court clerk
order dated April 14, 2015, Case No.  8 C
2014-DR-08-2236    FBO    Audrey    L.
Kimner

Lori M Caraba
Witness #2/Notary Public

STATE OF SOUTH CAROLINA          )
COUNTY OF BERKELEY               )

The foregoing instrument was acknowledged to before me, the undersigned Notary, by
its Maker, Michael J. Kimner on _21_ day of _May_, 2015.

_____ (sign)
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: _8/6/2021_

STATE OF SOUTH CAROLINA )    IN THE FAMILY COURT OF THE
)    NINTH JUDICIAL CIRCUIT
COUNTY OF BERKELEY )
)    CASE NO.: 2010-DR-08-2517
AUDREY L. KIMMER, )
)
       Plaintiff, )    QUALIFIED DOMESTIC
)    RELATIONS ORDER
)    (Duke Energy Retirement
v. )    Savings Plan)
)
MICHAEL J. KIMMER, )
)
Defendant, )
  _____ )

**EXHIBIT**

3 (a+b)

Refusal to sign defaults.
Cases were stolen in

Federal Court.

**USPS Tracking Intranet**

Delivery Signature and Address

Tracking Number: 7020 0090 0000 9497 1114

This item was delivered on 03/29/2023 at 09:54:00

< Return to Tracking Number View



Thank you for allowing us the opportunity to respond.  If you have any questions, please contact me at the telephone number below.


Sincerely,


James Dingle

Supervisor Customer Services

Sacramento Main Post Office


**916-263-7218**

\*\*\*\*\*\*\*\*\*\*

You may receive an invitation to participate in a survey from postalexperience@opinions-inmoment.com regarding your recent interaction with the USPS employee who assisted you with this service request.  Please complete the survey so that, if necessary, we can improve your experience. We value your feedback.


Your privacy is important to us.  If you would like additional information on our privacy policy, please visit us online at: www.usps.com/privacypolicy.


ref:!00Dj00GyYH.!500BY02YRd7:ref

audrey klmner <audreykimner10@gmail.com>                                                                  Tue, Jul 16, 2024 at 1:19 PM
To: Waltnjudy <Waltnjudy@nehp.net>
Cc: Dina Padilla <Dpadilla7564@outlook.com>, Evette <evettejstark13@gmail.com>

*3 6*

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZE35K75A625782896

**Weight**
4.20 LBS

**Service**
UPS 3 Day Select®

**Shipped / Billed On**
12/08/2023

**Delivered On**
12/19/2023 2:48 P.M.

**Delivered To**
SACRAMENTO, CA, US

**Received By**
REC

**Left At**
Mail Room

**Alternate Tracking Number(s)**

1ZE35K75A725782894

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 12/20/2023 5:47 P.M. EST

**EXHIBIT**

4 (a,b,c)

RECOMMENDED FOR FULL-TEXT PUBLICATION Pursuant to Sixth Circuit I.O.P. 32.1(b)

File Name: 16a0196pp.06 **UNITED STATES COURT OF APPEALS**

FOR THE SIXTH CIRCUIT

JAVIER LUIS,

*Plaintiff-Appellant,*

*v.*

JOSEPH ZANG et al.,

*Defendants,* AWARENESS TECHNOLOGIES,

*Defendant-Appellee.*

┐ | | | | | >

No. 14-3601

| | | | | ┘ Appeal from the United States District Court for the Southern District of Ohio at Cincinnati. No. 1:12-cv-00629—Susan J. Dlott, District Judge.

Argued: April 27, 2016

Decided and Filed: August 16, 2016

Before: MERRITT, BATCHELDER, and GILMAN, Circuit Judges.

_____

COUNSEL

**ARGUED:** Clayton L. Wiggins, VANDERBILT APPELLATE LITIGATION CLINIC, Nashville, Tennessee, for Appellant. Bernard W. Wharton, MCCASLIN, IMBUS & MCCASLIN, Cincinnati, Ohio, for Appellee. **ON BRIEF:** Clayton L. Wiggins, Alistair E. Newbern, VANDERBILT APPELLATE LITIGATION CLINIC, Nashville, Tennessee, for Appellant. Bernard W. Wharton, MCCASLIN, IMBUS & MCCASLIN, Cincinnati, Ohio, for Appellee. Javier Luis, Tampa, Florida, pro se.

GILMAN, J., delivered the opinion of the court in which MERRITT, J., joined. BATCHELDER, J. (pp. 33–37), delivered a separate dissenting opinion.

1

No. 14-3601 *Luis v. Zang, et al.* Page 2

_____

**OPINION**

_____

RONALD LEE GILMAN, Circuit Judge. Javier Luis, a resident of Florida, developed an online personal relationship with Ohio resident Catherine Zang. The relationship was apparently

4 b

platonic, but Catherine's husband, Joseph Zang, was nonetheless suspicious of his wife's online activities. This caused Joseph to secretly install a product known as WebWatcher on the computer used by Catherine in order to monitor her communications. According to Luis, WebWatcher and its manufacturer, Awareness Technologies, Inc., surreptitiously intercepted the emails, instant messages, and other communications that were sent between Luis and Catherine. Awareness then allegedly disclosed the communications to Joseph, who used them as leverage to divorce Catherine on favorable terms.

Upset by the capture and disclosure of his otherwise private communications, Luis filed suit against Joseph Zang, Awareness, and several others. He eventually settled his claims against all the defendants other than Awareness. With respect to Awareness, Luis alleged that the involvement of its WebWatcher "spyware" in secretly recording the communications at issue violated the federal Wiretap Act, the Ohio Wiretap Act, and Ohio common law. The district court concluded that Luis had failed to state a cause of action against Awareness, leading to the present appeal. Because the district court's dismissal failed to take into account the extent to which Awareness itself was allegedly engaged in the asserted violations, we REVERSE the judgment of the district court and REMAND the case for further proceedings consistent with this opinion.

## I. BACKGROUND

### A. Factual background

This case is on appeal from the district court's order granting Awareness's motion to dismiss for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. The account that follows is consequently based on the facts as alleged in Luis's amended complaint. *See Boland v. Holder*, 682 F.3d 531, 534 (6th Cir. 2012) ("Like a district court

4C

claims. Awareness may yet prevail on summary judgment or at trial. For now, however, Luis's claims are sufficient to survive Awareness's motion to dismiss. The judgment of the district court is therefore **REVERSED** and the case is **REMANDED** for further proceedings consistent with this opinion.

No. 14-3601 *Luis v. Zang, et al.* Page 33

---

## DISSENT

---

ALICE M. BATCHELDER, Circuit Judge, dissenting. I agree that the complaint sufficiently alleges that WebWatcher "intercepts" communications within the meaning of the Wiretap Act, but my agreement with the majority ends there. Regarding his § 2511 claim, Luis's complaint does not allege that Awareness itself intercepted Luis's communications. As for § 2512, even assuming that Luis alleges a violation of that section, the Wiretap Act does not provide a private cause of action. I would affirm.

Luis's § 2511 argument on appeal is admittedly compelling: Awareness, by operating the online software central to WebWatcher's functionality, bears the same level of culpability as its customer for the software's illegal interceptions. But this theory of the case[1] is not alleged in the complaint. No matter how liberally we read Luis's complaint, he simply does not allege that Awareness was the one intentionally doing the intercepting.

The fact is that the complaint never names Awareness in the context of WebWatcher's operation. Awareness is named only twice. Initially, in paragraph 12, Awareness is identified as one of the defendants; that paragraph merely states that the company "is the maker of WebWatcher computer monitoring software . . . and is responsible for all marketing of this product." The only other mention is in paragraph 96 of the complaint's substantive allegations,

**EXHIBIT**

5

Case was accepted, docketed and video was requested and then denied.

5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NOTICE OF ELIGIBILITY FOR VIDEO RECORDING**

This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot

Project.  See General Order 65 and cand.uscourts.gov/cameras.  The parties' consent is required

before any proceedings in this case may be recorded.  If a party, the presiding judge, or a

member of the media requests that a proceeding be recorded, consent of the parties will be

presumed unless a party submits an Objection to Request for Video Recording form as directed

by the Cameras in the Courtroom Procedures.

Parties objecting to video recording are asked, for research purposes, to communicate to

the Court the reasons for declining to participate.  If you decline to participate, you should

candidly convey the reasons for your decision.  Whether you agree to participate or decline to

participate will have no effect on your case whatsoever.

Susan Y. Soong

Susan Y. Soong, Clerk of Court

**EXHIBIT**

6 (a+b) - Neglect



Audrey L. Kimner, pro se plaintiff
P.O. Box 1493, Carmel, CA 93921.
843-754-1543
audreykimner10@gmail.com
Audrey L. Kimner, pro se

CIV-100
TYPED DEFAULT COPY ( PER
JUDGE C. PANETTA'S REQUEST)
COURT #14, Dec. 22, 2024, CMC
ON Jan. 07, 2025. (JUDGMENT)

Superior Court of California, County of Monterey
1200 Aguajito Rd.
Monterey, CA. 93940
Monterey Division Superior Court of CA

Plaintiff: Audrey L. Kimner v
Defendant/Respondent: Monterey County and The State of California

REQUEST FOR    *  ENTRY OF DEFAULT &
               *  ENTRY OF JUDGMENT

Case Number 22CV001220
Court 14, Judge C. Panetta
CMC on January 07, 2025

Not for use in actions under the Fair Debt Buying Practices Act ( Civ. Code, § 1788.50 et
seq.); see form CIV-105.

ENTRY OF DEFAULT AND COURT JUDGMENT, ATTACHED CIV-100 WITH THIS TYPED
COPY FOR CMC DATED JANUARY, 2025. ORIGINAL ATTACHED FROM 3-19-2024,
EXPLANATION:

ALL PREVIOUSLY SUBMITTED TO THE JUDGE DATED 3-19-2024 and FINALLY FILED
STAMPED WITH ALL PROOF AND DECLARATION BY CLERK, GRAVIELA MARTINES,
INCLUDING PREVIOUS DECLARATION THAT WAS ALREADY FILED STAMPED MAR 22, 2024 BY
AGNES NAZARIAN WITH ALL PROOF OF SERVICE, SUMMONS AND PROPER SIGNED SERVICE
BY THIRD PARTY AND NOT A PARTY TO THIS CASE. THERE IS A PROOF OF SERVICE AND
PROOF OF SERVICE OF SUMMONS, WHICH IS DATED AND SIGNED IN THE PROPER PLACE,
AND NOT SERVER SIGNING THE SUMMONS WHERE THE AG, ROB BONTA REFUSED TO SIGN
TO DATE. THE DOJ FEDERAL EMPLOYEE, FLORETTE YEN RESPONDED AFTER ALL WERE
SERVED ALL CMC DOCUMENTS AND PROOF OF SERVICE AND PROOF OF SUMMONS TWICE.
AIMEE LOPEZ ACCEPTED SERVICE THE FIRST TIME, AND ROB BONTA RESPONDED WITH AN
EXCUSE, BUT HE FILED TO FILE A MOTION TO DISMISS, WHICH AS AN AG, HE SHOULD
KNOW HE CAN NOT TAKE SERVICE AND SIMPLY WRITE THE PLAINTIFF AN EXCUSE LETTER.
HE WAS SERVED ALL DOCUMENTS, AND AGAIN PROPERLY AND HE STILL REFUSED TO FILE
A MOTION TO DISMISS AND TRIED TO CONCEAL THIS CASE AND FAILURE TO APPEAR AND
STAND UP FOR HIS CLIENT, THE STATE OF CALIFORNIA.

1

**EXHIBIT**

1    a,b,c

Tort, clear with
assault Case.
Not Rooker Feldman,
and Rooker Feldman
is warranted for the
Supreme Court. Attached
proof

d - email proof -
Rooker - Feldman
Rooker V. Fid. Trust Co.,
263 U.S. 413 (1923)
updated Sept 24,
2024





sign in using your Library Card or Guest Pass.
For assistance, please ask at the Library Help Desk.

CALIFORNIA LAW REVIEW

Note · Volume 111 · October 2023 · Sarah M. Garrett

# Coercive Control Legislation: Using the Tort System to Empower Survivors of Domestic Violence

*Trigger Warning: This Note describes aspects of domestic violence and sexual assault.*

Over the last decade, anti-domestic violence scholars and activists have sought to recognize and punish a broad form of abuse in intimate partner relationships referred to as "coercive control." Coercive control is characterized by any pattern of behavior that isolates, dominates, controls, or deprives the survivor of basic rights and liberty. Coercive control can, but need not, involve physical violence. Because the effects of coercive control are so devastating, several jurisdictions have taken steps to legislate against it, either by criminalizing the behavior or by including it in civil or family codes.

This Note analyzes the various approaches to legislating against coercive control and ultimately recommends against criminalizing the behavior, as such efforts could cause backlash against survivors and are likely to disproportionately affect marginalized communities. As an alternative approach, in 2021, California amended section 6320 of its Family Code to include coercive control as grounds for a domestic violence restraining order and to provide survivors of coercive control with a rebuttable presumption of child custody in their favor in the event that they have children with their abuser. While Family Code section 6320 has taken important steps in addressing coercive control, this Note argues that further reform is needed. As a solution, I recommend amending California's two domestic violence tort statutes to include coercive control as a cause of action, thereby allowing survivors of coercive control to sue their abusers in civil court.

Table of Contents [Show]

DOWNLOAD PDF



About   Publications

Submit & Apply   Events   Alumni

**CALIFORNIA LAW REVIEW**

( DONATE )

# ~~Empower Survivors of~~ Domestic Violence

*Trigger Warning: This Note describes aspects of domestic violence and sexual assault.*

Over the last decade, anti-domestic violence scholars and activists have sought to recognize and punish a broad form of abuse in intimate partner relationships referred to as "coercive control." Coercive control is characterized by any pattern of behavior that isolates, dominates, controls, or deprives the survivor of basic rights and liberty. Coercive control can, but need not, involve physical violence. Because the effects of coercive control are so devastating, several jurisdictions have taken steps to legislate against it, either by criminalizing the behavior or by including it in civil or family codes.

This Note analyzes the various approaches to legislating against coercive control and ultimately recommends against criminalizing the behavior, as such efforts could cause backlash against survivors and are likely to disproportionately affect marginalized communities. As an alternative approach, in 2021, California amended section 6320 of its Family Code to include coercive control as grounds for a domestic violence restraining order and to provide survivors of coercive control with a rebuttable presumption of child custody in their favor in the event that they have children with their abuser. While Family Code section 6320 has taken important steps in addressing coercive control, this Note argues that further reform is needed. As a solution, I recommend amending California's two domestic violence tort statutes to include coercive control as a cause of action, thereby allowing survivors of coercive control to sue their abusers in civil court.

## Table of Contents [Show]

( DOWNLOAD PDF )

I:

We use optional cookies to support your user experience. If you would like opt out of these cookies, please click "Decline." Thank you.

Fc                                                                matter between a husband and wife that did not merit any
pt                                                                ted in the 1970s, 1980s, and 1990s when the U.S. federal
government and states began enacting laws against domestic violence.[2] The focus of the movement and the laws

Case 5:25-cv-04159-EJD    Document 1    Filed 05/14/25    Page 46 of 55

4/29/25, 11:58 AM    Coercive Control Legislation: Using the Tort System to Empower Survivors of Domestic Violence — California Law Review



About  Publications

CALIFORNIA LAW REVIEW

Submit & Apply  Events  Alumni

DONATE

to as "coercive control."[4]

The movement to recognize coercive control was designed to acknowledge the ongoing and multifaceted nature of the abuse experienced by survivors whose partners extend their oppression beyond physical and psychological abuse.[5] Coercive control is characterized by a pattern of behavior that isolates, dominates, or controls the survivor or deprives them of basic rights and liberties.[6] The effects of this abuse on survivors are devastating,[7] but it was not until the last decade that any jurisdiction took steps to legislate against it.[8]

Part I of this Note provides a background of the coercive control framework and its relationship to physical violence. Part II explains two recent approaches to legislating against coercive control: one that criminalizes coercive control, and the other that provides civil remedies for coercive control, such as restraining orders. Part III analyzes the costs and benefits of the various approaches. Ultimately, Part IV of this Note argues that coercive control legislation should focus on increasing available civil remedies to survivors and leave the decision of which remedies to pursue up to the individual survivor, thereby increasing their agency and autonomy. Criminalizing coercive control fails to do this, and civil and family law approaches thus far are an insufficient remedy. Therefore, this Note recommends amending two California domestic violence tort statutes—California Civil Code sections 1708.6 and 52.4—to include coercive control as a cause of action on which survivors may sue their abusers.

# I. Defining Coercive Control and Its Relationship to Physical Violence

## A.  Definitions

To begin, it is important to understand the features of coercive control and its relationship with the cycle of violence and domestic violence. Dr. Evan Stark coined the term coercive control, which, as the name suggests, includes both coercion and control.[9] Coercion entails the use of force or threats to compel a particular response.[10] Control, on the other hand, consists of structural forms of deprivation, exploitation, and command that indirectly compel obedience. [11] The combination of coercion and control causes a victim to experience entrapment.[12]

Coercive control, broadly, is a pattern of behavior used by an abuser to dominate their partner and limit their freedom.

[1:                                              ence.[14] Common coercive control tactics include
is⸱                                              ;, stalking, financial abuse, humiliation, threatening,
ga   We use optional cookies to support your user   ver and Control Wheel, a visual tool created in the 1980s
th   experience. If you would like opt out of these cookies,   ⸱ips.[16] The wheel explains the systematic use of threats,
in   please click "Decline." Thank you.              e on the rim of the "wheel" holding the use of threats,
in                                                  ewed as a precursor to the coercive control framewor·
be                                                  :e and other means of abuse to exercise power and control
over the survivors.[18]

Case 5:25-cv-04159-EJD    Document 1    Filed 05/14/25    Page 47 of 55

4/29/25, 12:01 PM          Gmail - I REQUESTED THE SUPREME COURT HEAR MY PETITION FOR A REASON. THE CA JUDGES MANDATE AND ORD...

  Gmail                                    **audrey kimner <audreykimner10@gmail.com>**

---

## I REQUESTED THE SUPREME COURT HEAR MY PETITION FOR A REASON. THE CA JUDGES MANDATE AND ORDERS ARE MOOT, ENFORCEABLE AND IN ERROR OF LAW. THREE CASES ARE IN DEFAULT. NO RELIEF PER RULE 55 AND OTHERS. MY STOLEN ASSETS MUST BE RETURNED BY LAW. I FILED IN EVERY PROPER JURISDICTION!

1 message

---

**audrey kimner <audreykimner10@gmail.com>**                          Tue, Apr 29, 2025 at 8:21 AM
To: pio@supremecourt.gov
Cc: AOdb_Internal_Control_and_Audit@ao.uscourts.gov, Admin Oversight <AdminOversight@ao.uscourts.gov>,
HR@ca9.uscourts.gov, Carolyn_Lerner@cadc.uscourts.gov, PACERMAIL/SAT/AO/USCOURTS <pacer@psc.uscourts.gov>,
chutkan_interns@dcd.uscourts.gov, tapp_chambers@cfc.uscourts.gov, Boasberg_Chambers@dcd.uscourts.gov, DCD Clerk
of Court Inbox <DCD_ClerkofCourt_Inbox@dcd.uscourts.gov>, Clerk CA09Briefs <Clerk_Briefs@ca9.uscourts.gov>,
doj.representation@usdoj.gov, "U.S. Court of Appeals for the Ninth Circuit, CM/ECF Help Desk"
<cmecf_ca9help@ca9.uscourts.gov>

The Rooker-Feldman doctrine bars federal courts, other than the Supreme Court, from reviewing state court orders or
judgments. See Rooker v. Fid. Trust Co., 263 U.S. 413 (1923) and D.C. Ct.Sep 24, 2024

JUDGES CAN NOT CREATE FRAUD MANDATES AGAINST CA FRAUD STATUTES AND CROSSING JURISDICTION
AFTER NOT FOLLOWING THE LAWS OR MY CONSTITUTIONAL RIGHTS UNDER OATH. DISGRACEFUL!

CLERKS CAN NOT CREATE FAKE FRAUD MANDATES IN CA AND GIVE THEM TO DC SUPREME COURT CLERKS
TO OBSTRUCT MY JUSTIXE AND VIILATE MY ADA RIGHTS.

OPINIONS ARE WRONG AND DON'T MEAN ANYTHING! 8 YEARS OF NO DUE PROCESS. UNACCEPTABLE!
JUDGES SHOULD KNOW OUR LAWS AND RULES PLUS OUR RIGHTS AND JURISDICTION.


ALL THREE CASES ARE IN DEFAULT IN SUPREME COURT OF THE US.  FACT!
ALL WITHHELD AND STOLEN ASSETS AND HOMES MUST BE RETURNED BY LAW.

**EXHIBIT**

8   (A + B)

Case law

8A

REUTERS/Dado Ruvic/

‹   🏛 **Companies**   ⌂ **Law firms**   📄 **Related documents**   ›

🏛 **KROLL INC**

    See all

The company and law firm names shown above are generated automatically based on the text of the article. We are improving this feature as we continue to test and develop in beta. We welcome feedback, which you can provide using the feedback tab on the right of the page.

(Reuters) - A South Carolina federal judge is allowing multidistrict data breach litigation against software company Blackbaud Inc to go forward, **finding** the plaintiffs have sufficiently alleged standing to keep the case on track.

The Thursday decision from U.S. District Judge J. Michelle Childs in Columbia comes in litigation against Charleston-based Blackbaud, which was hit with a ransomware attack in early 2020. Cybercriminals allegedly later exfiltrated an "astronomical amount of data," according to a consolidated complaint.

"We are pleased with Judge Childs' decision, which we believe may be the first district court case addressing whether the Supreme Court's TransUnion v. Ramirez **opinion** closes the courthouse doors to consumers demanding accountability from companies when they are careless with their data," co-lead counsel for the plaintiffs said in a statement. "We look forward to continuing to represent the class on these important issues."

Amy Keller of DiCello Levitt Gutzler, Harper Segui of Milberg Coleman Bryson Phillips Grossman, Krysta Kauble Pachman of Susman Godfrey and Marlon Kimpson of Motley Rice are co-lead counsel.

Ronald Raether of Troutman Pepper Hamilton Sanders, a lawyer for Blackbaud, didn't immediately respond to a request for comment Friday.

Blackbaud offers software and other products for "social good organizations," such as nonprofits, foundations and education institutions, according to its website.

The Judicial Panel on Multidistrict Litigation in December **pooled together** several lawsuits against the company, assigning the litigation to Childs. As of Thursday there are 28 class actions in the MDL, she said in her order denying Blackbaud's motion to dismiss for lack of subject matter jurisdiction, one of at least two motions filed to dismiss the case.

Blackbaud paid a ransom to cybercriminals to assure that data stolen from its systems after a "months-long" intrusion was deleted, the plaintiffs said in their April consolidated class complaint. They allege the company "downplayed" the incident and its "unlawfully deficient data security" injured millions of people.

The company moved to dismiss the complaint, in part arguing that the plaintiffs have not adequately alleged their injuries are "fairly traceable" to its conduct, thus not satisfying an Article III standing requirement.

In the Thursday decision, the judge said she would not consider Blackbaud's factual challenge to standing because it involves "facts that are intertwined with the merits" of the claims. The company asserted that a summary of an investigation by cybersecurity firm Kroll Inc supports its argument.

Turning to the company's facial challenge, the judge concluded the plaintiffs sufficiently alleged Blackbaud was a "plausible source" of their personal information, as needed to survive such a challenge in data breach cases.

The plaintiffs have also pled a "plausible connection" between the types of data allegedly compromised and their injuries, among other things, she said.

They have satisfied the traceability requirement at this phase, the judge said, adding that even if the company demonstrates after discovery that the attack didn't cause the alleged

Right to Sue all involved.

**EXHIBIT** 9 (a, b, c, d)
FTCA Laws apply

False info in letter,
and invasion of privacy
with untruths at the
bottom.
Plaintiff sent (corrected +
hidden federal employee,
not another Tort)
False at the bottom
by Hope who did not
have consent to share
private (priviliged info)
to defendants)

9 a



**ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS**

WILLIAM S. MEYERS
General Counsel

WASHINGTON, D.C. 20544

LAURINA M. SPOLIDORO
Deputy General Counsel

June 21, 2024

<u>CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>
Ms. Audrey L. Kimner
P.O. Box 1493
Carmel, CA 93921

Dear Ms. Kimner:

    This is in response to the administrative tort claims, dated September 28, 2023, that you presented to the United States Department of Justice ("DOJ"). By letter to you dated December 19, 2023, DOJ-Torts Branch notified you that, "[b]ecause your claims concern alleged torts involving the Federal Bureau of Investigation (FBI) and the Administrative Office of the U.S. Courts (AOUSC)", your claims were being forwarded to the FBI and the AOUSC.[1] This letter responds to your claims on behalf of the AOUSC and the FBI.

    After careful consideration, it has been determined by the AOUSC and the FBI that your claims are not compensable under the Federal Tort Claims Act. To the extent you allege violations of your constitutional rights, your claims are excluded from the coverage of the Federal Tort Claims Act. 28 U.S.C. § 2679(b)(2). For these and other reasons, your claims are hereby denied in full by the AOUSC and the FBI.

    I am required by the regulations of the Department of Justice to advise you that, if you are dissatisfied with the AOUSC's and the FBI's disposition of your claims, you have the right to file suit in an appropriate United States district court within six months of the date of mailing of this notification. 28 U.S.C. § 2401(b).

                OFFICE OF THE GENERAL COUNSEL
                ADMINISTRATIVE OFFICE OF THE
                UNITED STATES COURTS

---

[1] The December 19, 2023 letter from DOJ-Torts Branch states that you submitted, to DOJ, "two sets of three duplicate administrative tort claims with and without attachments, dated September 28, 2023 . . ." The December 19, 2023 letter further states that DOJ and DOJ-Torts Branch "received one set of duplicate claims with attachments, on October 4, 2023, and the second set of duplicate amended claims without attachments on November 17, 2023."

q b

# Federal Tort Claims Against Federal Judiciary Personnel

*The Federal Tort Claims Act (FTCA) sets forth procedures for presenting and resolving administrative monetary claims for personal injury, property damage, or death arising from the alleged negligence of officers and employees of the federal judiciary acting in the scope of their official duties.*

Under the FTCA, 28 U.S.C. §§ 2671-2680, individuals who are injured or whose property is damaged by the wrongful or negligent act of a federal employee acting within his or her official duties may file a claim with the government for reimbursement for that injury or damage. To state a valid claim, the claimant must demonstrate that:

1. he or she was injured, or his or her property was damaged by a federal government employee;

2. the employee was acting within the scope of his or her official duties;

3. the employee was acting negligently or wrongfully; and

4. the negligent or wrongful act proximately caused the injury or damage of which he or she complains.

The claimant must also provide documentation establishing that his claim satisfies all the elements of the FTCA. The procedures laid out here apply only to claims arising from alleged

 Gmail

audrey kimner <audreykimner10@gmail.com>

---

## remote-appearance-links-2024.pdf

**Dina Padilla** <Dpadilla7564@outlook.com>                                    Tue, Jul 9, 2024 at 5:01 PM
To: audrey kimner <audreykimner10@gmail.com>

7-9-2024, Today I attended a court hearing at Monterey County with judge Carrie Panetta.  Today was not much different in the Disrespectful, hostile stoppage of Audrey Kimner from stating legal and lawful facts, to represent herself from being a pro se plaintiff. Prior to Audrey's time with this judge's, the judge's tone was soft, respectful and helpful to the attorneys representing their clients. When it was Audrey's turn, the judge openly turned into a hostile and disrespectful judge and violating Audrey from stating facts as in Audrey was trying to state that the judge that she did have proof of service to which the judge still denied by interrupting Audrey. Audrey stated that the California Attorney General Banta did in fact get two proofs of service and proof of that and stated that to the judge. On the second to last hearing with the same judge, judge Panetta stated that proof of service would go on the record. Today for the fourth hearing, the defendant,  California
  Attorney General Banta never showed up. He did not attend any of these hearings at all and the judge should've signed off a default in Audrey Kimmer's favor. The judge had several times to sign off on the default in Audrey Kimmer's favor. The court staff have not given that default form to Audrey on any of the multiple defaults. It's absolutely incredulous that a defendant does not show in a court hearing up to four times!!! How does this happen or allowed by a judge? Anyone else , that they didn't show up, they would automatically lose and the case be in the plaintiffs favor with a default., So, the California Attorney Bonta is above the law because he is the California attorney general as Is the judge, above the law as well the judge not admonishing the Attorney General for not appearing at any of the court hearings as a defendant but then not that to give Audrey Kimer what she Is legally entitle too, justice and restitution which would be a default in her name signed by the judge Panetta! The rare time the Panetta did ever mention the defendant California Attorney General Bonta, was the court hearing before today where the judge stated that if the attorney general didn't show up today, that the judge would just dismiss Audrey's case.  That didn't happen today by the judge and she never mentioned the defendant California Attorney General Bonta. Judge Panetta was dismissive disruptive and interrupting every time Audrey Kimner tried to argue her facts of her case. I do not understand why the hostile attitude towards Audrey, the disrespect she showed Audrey but yet not one word ever of any admonishment concerning the ever-absent defendant California Attorney General Bonta. Audrey's constitutional rights violated and with the judges only idea of judicial remedy was to tell Audrey , "You do whatever you're going to do". The judge admonishing Audrey Kimner but not the California attorney general is yet more violations to an American pro se who's fighting for their rights and what was stolen from her plus just giving her, her justice. The judge who has the habit of continuing cases , continued Audrey's case until January 2025, longer than anyone else that was there in the court, all to file yet another proof of service. The judge violates Audrey Kimner's rights by constantly continuing her case and with falsities that Audrey hasn't shown proof of service but yet today, in the last court hearing,  judge Panetta forgets she stated to Audrey "it's put on the record, the proof service! There are many outrageous acts here with a judge that continues cases for long lengths of time which violates Audrey's rights and judge Panetta obviously believes she and the California Attorney General are both above law, that laws don't apply to them nor his behavior in not showing up at any court hearing and then there's the appearance of the judge protecting the California attorney general Bonta.  Audrey Kimner's rights violated causing ongoing theft of her children, her properties and mental anguish for judges with judge  Panetta stretching out Audrey's many years to get a trial. Consider this my affidavit for judges Panettas outrageousness and total disregard for the California judicial system. The same applies to California attorney general where both have given the finger to the laws of the state and violating Audrey Kimner's constitutional rights. Dina Padilla

Get Outlook for iOS

---

**From:** Dina Padilla <Dpadilla7564@outlook.com>
**Sent:** Monday, July 8, 2024 2:28:18 PM
**To:** audrey kimner <audreykimner10@gmail.com>
**Subject:** Re: remote-appearance-links-2024.pdf

[Quoted text hidden]

Ref.  Case number # 22CV001220                                              July 9, 2024
Whom It May Concern;

Today, I was on the phone, once again for the 4th or 5th time, to be a witness for my daughter, Audrey Kimner, in the Monterey, Ca. Court.

The judge, Carrie M. Panetta, was her normal untruthful self.  She began by saying, that there had been many documents sent to the court, but that there was still was no proof of delivery, from the Atty. General's office.  Audrey held up , on skype, the documents and the judge ignored her.  Audrey had all of the proof that she needed to prove her case.

The judge, in the past has called Audrey a liar, in open court and slanderd her and myself.  She had said in the past, that I had not signed the documents properly, when I served the case, being Third Party, as the judge had requested.  That was a false statement.

The judge insists on putting off the case.  Now it will be Jan. 7, 2025, before we can state Audrey's case again.  This was a Tort case and she has continually obstructed Audrey's justice.

I personally sent, Audrey's case to the Atty. General's office, by way of UPS.  I sent the receipts to Audrey.  March 18, 2024, the last court date, Audrey held up the receipts on skype, and the judge said," Now you have it on the record."  Audrey reminded her, of that , and she ignored Audrey, once again.

The Atty. General's office sent the second filing to the judiciary board.  I don't know how they could have done that, without receiving it first.  They then sent it back to Audrey and she did not serve it, I did, as the Third Party, as requested by the judge.

This is such an outrageous judge, that will not do her job and pronounce Audrey's case as a Default Judgement.  The Atty. General did not show up on any court date, for any case management.  For that reason, Audrey should have been granted a Default Judgement.

Obviously, the judge is biased.  Something needs to be done to recommend that this judge be investigated for neglect and keeping Audrey from getting all of her Rights with held, such as her ADA Rights and her First Amendment Rights.

I can't believe that Judge Panetta has continued to berate Audrey, my daughter, in front of all the open court and the public.  This is totally unacceptable!

Regards,

Witness, Judy C. Williams

*Judy C. Williams* (signature)

State of: Alabama
County of: Madison
The foregoing document was acknowledged before me 10th day of July 2024
*Linda Stapler Ikard* , Notary Public
My Commission Expires: 04/11/2028