JS-CAND 44 (Rev. 04-2025)

# CIVIL COVER SHEET - for people without lawyers only

See Civil Local Rule 3-2 (amended April 28, 2025), which requires the filing of a civil cover sheet only by those unrepresented by counsel.

C 25 04159 EJD VKD

## I. PLAINTIFF(S)
Audrey L. Kimner

County of Residence of First Listed Plaintiff: Monterey
*Leave blank in cases where United States is plaintiff.*

Attorney or Pro Se Litigant Information *(Firm Name, Address, and Telephone Number)*
Audrey L. Kimner, pro se, P.O. Box 1493, Carmel, CA 93921   843-754-1543

## DEFENDANT(S)
Gavin Newsom, Jimmy Panetta, Rob Bonta, Gregory Dresser

County of Residence of First Listed Defendant: Sacramento
*Use ONLY in cases where United States is plaintiff.*

Defendant's Attorney's Name and Contact Information *(if known)*
N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] U.S. Government Plaintiff
- [X] Federal Question (U.S. Government Not a Party)
- [X] U.S. Government Defendant
- [ ] Diversity

violations Article 1

## III. CAUSE OF ACTION
Cite the U.S. Statute under which you are filing: *(Use jurisdictional statutes only for diversity)*
US Statutes on Constitutional rights, Civil Liberty, CA Fraud Statutes of Real Estate, Equal Protections
Brief description of case: APA, no Due process of Law, no proper Fraud, procedural Due process, 1st, 14th, 8th amend. Violat.

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 445 Amer. w/Disabilities–Employment
- 446 Amer. w/Disabilities–Other
- 448 Education

(5)

**PERSONAL INJURY**
- 365 Personal Injury – Product Liability
- 367 Health Care/Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS — HABEAS CORPUS**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**OTHER**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee– Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC § 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC § 158
- 423 Withdrawal 28 USC § 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent—Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS–Third Party 26 U.S.C. § 7609

**OTHER STATUTES**
- 375 False Claims Act — Civil Liberties
- 376 Qui Tam (31 USC § 3729(a)) — Slander
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced & Corrupt Organizations
- 480 Consumer Credit
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another District
- [ ] Multidistrict Litigation–Transfer
- [ ] Multidistrict Litigation–Direct File

## VI. FOR DIVERSITY CASES ONLY: CITIZENSHIP OF PRINCIPAL PARTIES
*(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

Federal Question, All CA jurisdiction.

| | Plaintiff | Defendant | |
|---|---|---|---|
| | [X] | [ ] | Citizen of California |
| | [ ] | [ ] | Citizen of Another State |
| | [ ] | [ ] | Citizen or Subject of a Foreign Country |
| | [ ] | [X] | Incorporated or Principal Place of Business In California |
| | [ ] | [ ] | Incorporated and Principal Place of Business In Another State |
| | [ ] | [ ] | Foreign Nation |

## VII. REQUESTED IN COMPLAINT
- [X] Check if the complaint contains a **jury demand.**
- [ ] Check if the complaint contains a **monetary demand.** Amount $100,000,000. plus 10% ints,
- [ ] Check if the complaint seeks **class action** status under Fed. R. Civ. P. 23.
- [ ] Check if the complaint seeks a **nationwide injunction** or Administrative Procedure Act vacatur.

return of stolen assets, passport, homes, with the assets. Remove fraud on 04 of plaintiffs name, business page and photos. Paper slander Removed.

## VIII. RELATED CASE(S) OR MDL CASE
*Provide case name(s), number(s), and presiding judge(s).*

## IX. DIVISIONAL ASSIGNMENT pursuant to Civil Local Rule 3-2
*(Place an "X" in One Box Only)*
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE
- [ ] EUREKA-MCKINLEYVILLE

DATE: April 29, 2025

SIGNATURE OF ATTORNEY OR PRO SE LITIGANT: Audrey L. Kimner, pro se Plaintiff

**Defendant's in case, Audrey L. Kimner v Gavin Newsom, et al. attached from page 1.**

1) Gavin Newsom
   Governor of California
   1303 10th Street, Suite 1173
   Sacramento, CA. 95814, 916-445-2841

2) Rob Bonta
   Attorney General of California
   1300 'I' Street
   Sacramento, CA. 95814-2919, 916-445-9555

3) Jimmy Panetta
   U.S. Representative of California
   1200 Aguajito, Rd.
   Monterey, CA 93940, 831-424-2229

4) Gregory Dresser
   Director, Commission on Judicial Performance
   455 Golden Gate, Ave, Suite 14400
   San Francisco, CA. 94102, 415-557-1200