UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AUDREY L. KIMNER, | Case No. 5:25-cv-04159-EJD |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION TO DISQUALIFY** |
| v. | |
| GAVIN NEWSOM, et al., | Re: ECF No. 9 |
| Defendants. | |

The Court is in receipt of Plaintiff Audrey Kimner's motion to disqualify the Undersigned pursuant to 28 U.S.C. § 455. ECF No. 9.[1] Having carefully considered her motion and further argument during the August 14, 2025 initial case management conference, the Court finds no reason that the Undersigned should disqualify himself in this proceeding. There is no evidence that the Undersigned has a personal bias against Plaintiff or cannot otherwise be impartial. To the extent Plaintiff is dissatisfied with the Court's prior rulings, that is insufficient to require recusal. *United States v. Holland*, 519 F.3d 909, 913–14 (9th Cir. 2008) (requiring "something other than rulings, opinions formed or statements made by the judge" as a basis for recusal).

For that reason, the Court **DENIES** Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: August 14, 2025

EDWARD J. DAVILA
United States District Judge

---

[1] Plaintiff clarified that her earlier-filed motion to change venue, ECF No. 5, was intended to be the instant motion to disqualify. Because the Court denies her motion to disqualify, Plaintiff's motion to change venue is **DENIED AS MOOT.**

Case No.: 5:25-cv-04159-EJD
ORDER DENYING MOT. TO DISQUALIFY            1