*[Handwritten margin notes, top:]* Fraud upon the Court by motion, all bad behavior by the judges. Refusal to correct errors under 59 + 60. Judge misleading plaintiff and the pro se ascan.org lawyer lied to plaintiff. Judge wants plaintiff to retract trial testimony after 2x proper service. Requested plaintiff to [strikethrough: take ex parte] on video 10-9-2025. Defendants no-showed 2 times. Willfully, after proper service + file stamp Sept 11, 2025. FRAUD UPON THE Court. Refusal to docket (filed) proven service Sept. 29, 2025 now Default. SEE proof attached. new evidence, ongoing (also all courts) to date conflict.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF Northern, San Jose, CA Fed Court.

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **No. 25-CV-04159, EJD**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **May 14, 2025    10-9-2025**

Date of judgment or order you are appealing: **(Entry of Default) please.**

Docket entry number of judgment or order you are appealing: **all in case 25-CV-04159 EJD.**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes  ☐ No  ☒ IFP was granted by U.S. District Court **Granted, no further affidavits required by law.**

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

**Gavin Newsom, Jimmy Panetta, Gregory Dresser, and Rob Bonta. Plaintiff does not pay or serve under IFP. Judges refuse to recuse, but the magistrate was already recused. (FRAUD) Fraud upon the court.**

Is this a cross-appeal?  ☐ Yes  ☒ No

If yes, what is the first appeal case number? **Judge is biased, after he apologized numerous times. Refused to acknowledge service or Default owed to plaintiff.**

Was there a previous appeal in this case?  ☐ Yes  ☒ No

If yes, what is the prior appeal case number? **no**

Your mailing address (if pro se):

**Note: P.O. Box 1493, Carmel, CA. 93921**
*(Judge stated he's researched plaintiffs neighborhood.)*

City: **Carmel**    State: **CA**    Zip Code: **93921**

Prisoner Inmate or A Number (if applicable): **No Prisoner/assets pending**

**13 pgs.** Signature: *Audrey L. Kinner*    Date: **11-6-2025**

proof attached of (case) service, etc. (all orders) to date from 2019

Complete and file with the attached representation statement in the U.S. District Court
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1    Rev. 06/09/2022

RECEIVED MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS NOV 07 2025 FILED DOCKETED DATE INITIAL



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

AUDREY L. KIMNER
  Plaintiff,

V.

GAVIN NEWSOM ET.AL.,
  Defendants.

Case No. 25-cv-04159.EJD

AMEND, SUPPLEMENTAL PLEADING AFTER PROPER SERVICE FOR FUNDAMENTAL REMEDY, INCLUDING NEW FOUND CLAIMS AFTER INITIAL FILING AND JUDGES MOTION/CMC ON AUGUST 14, 2025

ORIGINAL
FILED
SEP 11 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
% Clerk
280 S. 1st Street
San Jose, CA.
95113, 408-535-5363

Dear Honorable Judge Davila,

The plaintiff appreciates the opportunity to amend, and to add a supplemental pleading to this original filed case due to new evidence. Please note that requesting the plaintiff in further danger, and more privileged information on the record is placing the plaintiff in further danger, and adding national security threat information to the defendants and public after the defendants failed to act in 2018 to date. The plaintiff has been intentionally placed in danger for years with a sinister plan to cause death to the plaintiff by ex-family members and others

1



Results: 6 Cases

Export Results:
○ CSV (10K Max)    Report (5K Max)

**N/A / 9/2/2025**
*Audrey Kimner v Gavin Newsom, et al*
Summons and Complaint / Serve Only
- C25-04159EJD
- US District Court, California, Northern District, San Jose
- Jimmy Panetta, US REP

Expires 11/8/2025
Updated: 9/4/2025
Filed 9/4/2025
C25-04159EJD

**REF-21803659 / 8/29/2025**
AUDREY L KIMNER v GAVIN NEWSOM, ET AL
Serve Only
- 25-cv-04159-EJD
- US District Court, California, Northern District, Oakland
- ROB BONTA, AG

Expires 11/4/2025
Complete
Updated: 9/5/2025
Filed 8/29/2025
25-cv-04159-EJD

**NA / 9/2/2025**
*Audrey L Kimner v Gavin Newsom, et al*
Summons and Complaint / Serve Only
- 25-cv-04159-EJD
- US District Court, California, Northern District, San Jose
- Gregory Dresser, Director, commission on JP

Complete
Updated: 9/4/2025
Served 9/3/2025
Gregory Dresser, Director, commission on JP

**REF-21803245 / 8/29/2025**
*Audrey L Kimner v Gavin Newsom, et al*
Summons and Complaint / Serve Only
- 25-cv-04159-EJD
- US District Court, California, Northern District, San Jose
- US Attorney Phillip Burton Fed bldg

Complete
Updated: 9/4/2025
Served 9/2/2025
US Attorney Phillip Burton Fed bldg

**22cv001220 / 8/30/2025**
AUDREY L KIMNER v MONTEREY COUNTY
Notice / Serve Only
- 22CV001220
- CA Superior of Monterey Co at Monterey Courthouse
- hon Carrie panetta

Complete
Updated: 9/3/2025
Served 9/2/2025
hon Carrie panetta

**REF-21803660 / 8/29/2025**
AUDREY L KIMNER v GAVIN NEWSOM, ET AL
Summons and Complaint / Serve Only
- 25-cv-04159-EJD
- US District Court, California, Northern District, San Jose
- ROB BONTA, AG

Complete

per page   ◀ Previous   1 of 1   Next ▶   | Page:       Go

Hi! I'm just a chatbot, but I can offer some guidance and help you get to where you need to go. In order to reach a live support agent, please place a support request through your account or call 206-5... 9000. Thank you

2



AUBREY L KINNER

Plaintiff,

v.

GAVIN NEWSOM ET. AL.,

Defendants.

Case No. 25-cv-04159-EJD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE.

ORIGINAL
FILED
SEP 11 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

proof of service

you pending
+ proof se
attached

3



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE.

U.S. District Court
℅ Clerk
280 S. 1st Street
San Jose, CA.
95113, 408-535-5363

**ORIGINAL FILED**
**SEP 11 2025**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 25-cv-04159,EJD

AUDREY L. KIMNER
      Plaintiff,
V.
GAVIN NEWSOM ET, AL.,
      Defendant's.

AMEND, SUPPLEMENTAL PLEADING AFTER PROPER SERVICE FOR FUNDAMENTAL REMEDY, INCLUDING NEW FOUND CLAIMS AFTER INITIAL FILING AND JUDGES MOTION/CMC ON AUGUST 14, 2025

Dear Honorable Judge Davila,

    The plaintiff appreciates the opportunity to amend, and to add a supplemental pleading to this original filed case due to new evidence. **Please note that requesting the plaintiff to add more privileged information on the record is placing the plaintiff in further danger, and adding national security threat information to the defendants and public after the defendants failed to act in 2018 to date.** The plaintiff has been intentionally placed in danger for years with a sinister plan to cause death to the plaintiff by ex-family members and others

1

**Other Orders/Judgments**

5:25-cv-04159-EJD Kimner v. Newsom et al

ADRMOP,ProSe

## U.S. District Court

## California Northern District

**Notice of Electronic Filing**

The following transaction was entered on 8/20/2025 at 3:33 PM and filed on 8/20/2025
**Case Name:** Kimner v. Newsom et al
**Case Number:** 5:25-cv-04159-EJD
**Filer:**
**Document Number:** 12

**Docket Text:**
**ORDER GRANTING [2] MOTION TO PROCEED IN FORMA PAUPERIS; SCREENING [1] COMPLAINT; DENYING [9] DISQUALIFICATION. Signed by Judge Edward J. Davila on 8/20/2025.**

Amended Complaint due by 9/22/2025. (crr, COURT STAFF) (Filed on 8/20/2025)

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF). A copy of this Order and NEF was mailed to Plaintiff Audrey Kimner at the address on file.

**5:25-cv-04159-EJD Notice has been electronically mailed to:**

**5:25-cv-04159-EJD Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Audrey L. Kimner
P.O. Box 1493
Carmel, CA 93921

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\25-cv-04159-ejd-order_granting_motion_to_proceed_in_forma_pauperis_and_screening_complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/20/2025] [FileNumber=22710660-0]
[18d5b66ca50958fe56ef6bbf4e460e4a53e8498e7af305fdc06d3b4954da248d897e
9414a975333a5993ea82bc302b03db2ed6656510d8ba4f89a4a51ebfb11c]]

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## California Northern District

### Notice of Electronic Filing

The following transaction was entered on 08/14/2025 at 5:12:35 PM and filed on 08/14/2025
**Case Name:** Kimner v. Newsom et al
**Case Number:** 5:25-cv-04159-EJD
**Filer:**
**Document Number:** 10 (No document attached)

**Docket Text:**
Minute Entry for proceedings held before Judge Edward J. Davila: Initial Case Management Conference held on 8/14/2025.

Plaintiff will contact Mr. Haohao Song, Federal Pro Se Program at the court's San Jose Legal Help Center.

The Court denies Plaintiff's motion to disqualify judge; written order to issue.

Further Case Management Conference set for 10/9/2025 at 10:00 AM in San Jose, Courtroom 4, 5th Floor.

Total Time in Court: 24 min (10:55-11:19 AM).
Court Reporter: Irene Rodriguez.
Plaintiff Attorney: Audrey Kimner (Pro Se).

(This is a text-only entry generated by the court. There is no document associated with this entry.) (crr, COURT STAFF) (Date Filed: 8/14/2025)

Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF). A copy of these minutes was mailed to Plaintiff.

5:25-cv-04159-EJD Notice has been electronically mailed to:

5:25-cv-04159-EJD Please see Local Rule 5-5; Notice has NOT been electronically mailed to:

Audrey L. Kimner
P.O. Box 1493
Carmel, CA 93921

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUDREY L. KIMNER,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 5:25-cv-04159-EJD<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; SCREENING COMPLAINT; DENYING DISQUALIFICATION**<br><br>Re: ECF Nos. 2, 9 |

On May 14, 2025, pro se plaintiff Audrey Kimner filed this lawsuit asserting claims under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) for violation of her civil rights. Compl., ECF No. 1. Before the Court are Kimner's motion to proceed in forma pauperis (IFP Mot., ECF No. 2) and motion to disqualify the Undersigned (Disqualification Mot., ECF No. 9). As explained below, the Court **GRANTS** Kimner's motion to proceed in forma pauperis, **DISMISSES** her complaint with leave to amend, and **DENIES** her motion to disqualify.

I. **LEGAL STANDARD**

   A. **Motion to Proceed In Forma Pauperis**

Under 28 U.S.C. § 1915, a court may authorize a plaintiff to proceed in forma pauperis if the plaintiff shows that she cannot pay the filing fees necessary to pursue her action. *See* 28 U.S.C. § 1915(a)(1). The Court must, however, screen every civil action brought in forma pauperis under Section 1915 and dismiss any case that "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii); *Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000). "The standard for determining whether a plaintiff has failed to state a claim upon which

Case No.: 5:25-cv-04159-EJD
ORDER REGARDING IFP, MOT. TO DISQUALIFY
1

1  relief can be granted under § 1915(e)(2)(B)(ii) is the same as the Federal Rule of Civil Procedure
2  12(b)(6) standard for failure to state a claim." *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir.
3  2012) (citing *Lopez*, 203 F.3d at 1127–31). To pass muster under this standard, the complaint
4  must include a "short and plain statement of the claim," Fed. R. Civ. P. 8(a)(2), and "sufficient
5  factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v.
6  Iqbal*, 556 U.S. 662, 678 (2009) (quotation omitted). Courts construe a pro se plaintiff's pleadings
7  liberally and afford her the benefit of any doubt. *Watison*, 668 F.3d at 1112. The Court is not,
8  however, required to accept as true allegations that are merely conclusory, unwarranted deductions
9  of fact, or unreasonable inferences. *Sprewell v. Golden State Warriors*, 266 F.3d 979, 988 (9th
10 Cir. 2001).

### B. Disqualification of Judge

28 U.S.C. § 455 requires a judge to disqualify himself "in any proceeding in which his impartiality might be reasonably questioned" or "[w]here he has a personal bias or prejudice concerning a party." The test is "whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *United States v. Wilkerson*, 208 F.3d 794, 797 (9th Cir. 2000) (quoting *United States v. Hernandez*, 109 F.3d 1450, 1453 (9th Cir.1997)).

## II. DISCUSSION

### A. In Forma Pauperis

In her motion to proceed in forma pauperis, Kimner submits documentation establishing that her assets and income make it difficult to pay the filing fees to pursue this action. *See* IFP Mot. The Court therefore **GRANTS** Kimner's motion to proceed in forma pauperis. However, before continuing further, the Court must first screen her complaint pursuant to 28 U.S.C. § 1915(e)(2).

Doing so here, the Court finds that Kimner's complaint does not sufficiently state a plausible claim. In her complaint, Kimner names four defendants: California governor Gavin Newsom, California attorney general Rob Bonta, congressman Jimmy Panetta, and Director of the

Case No.: 5:25-cv-04159-EJD
ORDER REGARDING IFP, MOT. TO DISQUALIFY
2

Commission on Judicial Performance Gregory Dresser (collectively, "Defendants"). Compl. at 2–3. Kimner alleges that Defendants are liable for "blocking [her] rights to Due Process, First Ame[]ndment Rights, ADA Rights under Title II and III, concealment of Federal Wiretapping and other serious Federal crimes." *Id.* at 5. Under the umbrella of these causes of action, Kimner alleges that Defendants, among other things, "willfully blocked [her] access to our public courts for fundamental remedy," "colluded together to obstruct justice, refused to sign defaults, or show up in court," and "refus[ed] to pay damages owed with interfering with a warranted personal injury Tort." *Id.*

Though the Court must take facts pled in the complaint as true, it is not required to give the same treatment to Kimner's conclusory allegations of Defendants' misconduct. Simply accusing Defendants of violating laws is insufficient to state a viable claim for relief. Kimner must instead allege specific facts that render it plausible that Defendants have committed such violations. *See Iqbal*, 556 U.S. at 678. These factual allegations must also be logically connected to her causes of action. The sprawling nature of the current complaint's allegations makes it difficult for the Court to discern how any allegation supports her claims. Because Kimner does not state a plausible claim to relief at this time, the Court dismisses her complaint with leave to amend.

The Court emphasizes that this dismissal is not a determination that Kimner's claims lack merit. Rather, the Court simply finds that her initial complaint does not meet the federal pleading requirements. Should Kimner wish to file an amended complaint, she must clearly explain (1) what Defendants did to cause her alleged harm, and (2) why those facts constitute a violation of specific laws.

**B.   Disqualification**

Kimner also requests that the Undersigned disqualify himself from this proceeding due to "bias, [and] refusal to correct errors of law." Disqualification Mot. at 1. Having carefully considered her motion and further argument during the August 14, 2025 initial case management conference, the Court finds no reason that the Undersigned should recuse himself. There is no evidence that the Undersigned has a personal bias against Plaintiff or cannot otherwise be

Case No.: 5:25-cv-04159-EJD
ORDER REGARDING IFP, MOT. TO DISQUALIFY
3

Case 5:25-cv-04159-EJD   Document 12   Filed 08/20/25   Page 4 of 4

impartial. Nor is the Court persuaded by Kimner's claim that she is "now uncomfortable with coming in front of [the Undersigned], especially due to his anger and intimidation in the past." *Id.* at 2. The first and only time Kimner has appeared before the Undersigned was at the August 14, 2025 case management conference. To the extent Plaintiff is dissatisfied with the Court's prior rulings, that alone is insufficient to require recusal. *United States v. Holland*, 519 F.3d 909, 913–14 (9th Cir. 2008) (requiring "something other than rulings, opinions formed or statements made by the judge" as a basis for recusal). Thus, the Court **DENIES** Plaintiff's motion.

### III.   CONCLUSION

For the foregoing reasons, the Court **GRANTS** Kimner's motion to proceed in forma pauperis but **DISMISSES** the complaint with leave to amend. Kimner may file an amended complaint within 28 days of this Order to address the deficiencies in her initial complaint. If she does not do so, her lawsuit will be dismissed. Further, the Court **DENIES** Kimner's motion to disqualify,[1] so the Undersigned will continue to preside over this proceeding.

The Court encourages Kimner to utilize the Federal Pro Se Program at the San José Courthouse, which provides free information and limited-scope legal advice to self-represented civil litigants. The Federal Pro Se Program is available by phone appointment at (408) 297-1480 or by email at hsong@asianlawalliance.org. Kimner can find more information at https://cand.uscourts.gov/pro-se-litigants/, including a downloadable version of the Court's publication "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants."

**IT IS SO ORDERED.**

Dated: August 20, 2025

EDWARD J. DAVILA
United States District Judge

---

[1] Kimner clarified that her earlier-filed motion to change venue (ECF No. 5) was intended to be a motion to disqualify (ECF No. 9). Because the Court denies her motion to disqualify, Kimner's motion to change venue is **DENIED AS MOOT**.

Case No.: 5:25-cv-04159-EJD
ORDER REGARDING IFP, MOT. TO DISQUALIFY
4

11/5/25, 12:58 PM					AOL Mail - Re: CASE TAMPERING INVOLVING CLERKS REFUSING TO FILE STAMP PROOF OF SERVICE IN SAN JOSE CA …

Case 5:25-cv-04159-EJD    Document 23    Filed 11/25/25    Page 13 of 16

# Re: CASE TAMPERING INVOLVING CLERKS REFUSING TO FILE STAMP PROOF OF SERVICE IN SAN JOSE CA COURT TO OBSTRUCT JUSTICE.

From: Audrey Williams (camjor2026@aol.com)

To: criminal.division@usdoj.gov

Cc: carter.dugan@nortonrosefulbright.com; ministerial.services@police.govt.nz; nottobetakenaway@live.com; doj.representation@usdoj.gov; dutyofficer@ncric.ca.gov; aflores@dao.sccgov.org; adminoversight@ao.uscourts.gov; adraisen@bcgov.net; mark.dennin@mail.house.gov; public.affairs@fbi.gov; pio@supremecourt.gov; pcppo@cand.uscourts.gov; houstonapplicants@fbi.gov; wordpress@rosenhagood.com; rob.bonta@doj.ca.gov; audreykimner10@gmail.com; 5docketing@cand.uscourts.gov; rosailda.perez@doj.ca.gov; norma.ramirez-zapata@monterey.courts.ca.gov; gordan.croce@mail.house.gov; southeast_texas@cruz.senate.gov; cmecf_ca9help@ca9.uscourts.gov; vkdcrd@cand.uscourts.gov; vkdpo@cand.uscourts.gov; angela_garcia@ao.uscourts.gov; brook.andrews@usdoj.gov; robert.jr5@law.northwestern.edu; seth.rosenthal@dc.gov; ca20jp.outreach@mail.house.gov; us.marshals@usdoj.gov; legalunit@sos.ca.gov; ejdcrd@cand.uscourts.gov; rosila.perez@doj.ca.gov

Date: Wednesday, November 5, 2025 at 12:57 PM PST

On Wednesday, November 5, 2025 at 11:59:22 AM PST, Audrey Williams <camjor2026@aol.com> wrote:

Attached

Sent from my iPhone

> On Nov 5, 2025, at 11:57 AM, Audrey Williams <camjor2026@aol.com> wrote:
>
> AN ONGOING CRIME FOR EIGHT YEARS IN THIS COURT TO AID FEDERAL CRIMES OF PUBLIC OFFICIALS AND ALL DEFENDANTS. MULTIPLE JUDGES ARE INVOLVED.
> I FILED CRAUD UPON THE COURT AND DEFAULT.
>
> Enough is enough! This is UNCONSTITUTIONAL AND FURTHER PROVES MY CASE. Emails of my process server where in the INDUSTRIAL STAMPLE THAT I COULD NOT OWN, ONLY THE COURTS.
>
> SEE THE SECOND FOLLOW UP PROOF OF SERVICE ONLY STAMPED RECEIVED, NOT FILE STAMPED, BUT AFTER THE OTHER WAS FILE STAMPED AND I SPOKE ANOUT IN OPEN COURT IN FRONT IF THE JUDGE DAVILA WHO DENIED THE US ATTORNEY WAS SERVED. All Record requests HAVE BEEN INTENTIONALLY IGNORED BY HIS ASSISTANT AND THE PTO S.E. LAWYER.
>
> CASE TAMPERING AND INTIMIDATION OF A WITNESS ARE FEDERAL CRIMES.
>
> THE DEFENDANTS WIFE OBSTRUCTED MY TORT CASE AGAIN INTENTIONALLY PENDING THIS PROOF OF HER DISQUALIFICATION THAT BOTH JUDGES IGNORED UNDER RULES OF THE FEDERAL AND STATE COURT.
>
>
> I WANT MY DEFAULTS FILE STAMPED AND THE TAMPERING TO CEASE IMMEDIATELY. I have losses in the BILLIONS WITH ONGOING INVASION OF PRIVACY AND CLEARLY THEFT OF MY CASES TO FUND IMMIGRATION AND POCKETS.
>
> Nobody is above the law or my CONSTITUTIONAL RIGHTS.
>
>

12



Refused to file stamp per CMC Statement + deadlines all ignored by Defendants.

Top original. Please add to case # 25-cv-04159 EJD or TBD?

Please send file stamp copy. Thank you, ALK

Judge wants Plaintiff to retract testimony. Misleading. Wants Plaintiff to write up case as "he wants me to write." No Hearing, only games. Plaintiff showed 2 times and no defendants there.

Appeal

No. 25-CV-04159, EJD

Audrey Kimner
Camper2026@aol.com

