UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUDREY L. KIMNER,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 5:25-cv-04159-EJD<br><br>**ORDER DISMISSING CASE**<br><br>Re: ECF No. 22 |

On October 15, 2025, the Court dismissed Plaintiff Audrey Kimner's first amended complaint for failure to state a claim under the relevant pleading standards. Order, ECF No. 20. The Court granted leave to file a second amended complaint within 28 days of the Order's entry with instructions to the Clerk of Court to issue summons and to the United States Marshal to serve the Defendants in this action. *Id.* at 4. The Court stated that if Kimner did not file an amended complaint by November 12, 2025—28 days after the Order—her case would be dismissed. *Id.*

One week later, Kimner filed what appears to be a motion for reconsideration. ECF No. 22. Kimner "requests that the case be reconsidered and calls for a Default Judgement," because none of the Defendants have appeared in this action despite being served. *Id.* at 1. However, as the Court explained during the October 15, 2025 status conference and in the Order, Defendants cannot be served with process because the Clerk of Court has not issued summons yet. *See* Fed R. Civ. P. 4 (requiring summons to be served with a copy of the complaint). The Court instructed Kimner to file a second amended complaint so the Clerk of Court could issue the requisite summons, at which point the United States Marshal would serve Defendants at no further cost to Kimner. Order at 4. Yet, Kimner did not file any such amended complaint by the November 12,

Case No.: 5:25-cv-04159-EJD
ORDER DISMISSING CASE

1

2025 deadline set by the Court.  Nor is Kimner's reconsideration motion filed on October 22, 2025 an amended complaint, even when liberally construed.  Kimner has filed many actions in this District and should be well aware of the importance of following Court directives and the consequences of not doing so.  *See Kimner v. The State of California et al.*, Case No. 5:24-cv-03993, ECF No. 12 (collecting cases).  Her noncompliance with the Court's Order here is dispositive of the case.

For the foregoing reasons, the Court **DISMISSES** this action without prejudice for failure to prosecute.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: December 9, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:25-cv-04159-EJD
ORDER DISMISSING CASE

2